**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Eastern District of Texas**

Case number (if known): _____   Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Shieldcoat Technologies, Inc.** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | **Cybershield of Texas** |
| **3. Debtor's federal Employer Identification Number (EIN)** | **2 0 – 0 8 0 8 4 9 6** |

**4. Debtor's address**

**Principal place of business**

**308 Ellen Trout Dr**
Number     Street
**Lufkin, TX 75904-1356**
City                    State     ZIP Code

**Angelina**
County

**Mailing address, if different from principal place of business**

Number          Street

City                         State     ZIP Code

**Location of principal assets, if different from principal place of business**

Number          Street

City                         State     ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | **https://www.cybershieldinc.com/** |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Shieldcoat Technologies, Inc.**

Name                                                              Case number *(if known)*

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

    **2    0    0    8**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                        MM / DD / YYYY

         District _____  When _____  Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

         District _____  When _____
                                                          MM / DD / YYYY

         Case number, if known _____

Debtor    **Shieldcoat Technologies, Inc.**

Name

Case number *(if known)*

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br>_____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>      Number          Street<br><br>      _____<br><br>      _____<br>      City                              State    ZIP Code<br><br>**Is the property insured?**<br><br>☐ No<br><br>☐ Yes.    Insurance agency _____<br><br>          Contact name _____<br><br>          Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☑ Funds will be available for distribution to unsecured creditors.<br><br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49         ☐ 50-99          ☐ 1,000-5,000  ☐ 5,001-10,000    ☐ 25,001-50,000  ☐ 50,000-100,000<br>☑ 100-199  ☐ 200-999     ☐ 10,001-25,000                           ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000                    ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000            ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000          ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☑ $500,001-$1 million          ☐ $100,000,001-$500 million   ☐ More than $50 billion |

| Debtor | **Shieldcoat Technologies, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING --**  Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **03/07/2025**
MM/  DD/  YYYY

**X  /s/ Bobby J Marshall**                                          **Bobby J Marshall**
Signature of authorized representative of debtor          Printed name

Title   **CEO**

---

**18. Signature of attorney**

**X        /s/ Robert C Lane**          Date  **03/07/2025**
Signature of attorney for debtor                      MM/  DD/  YYYY

**Robert C Lane**
Printed name

**The Lane Law Firm**
Firm name

**6200 Savoy Dr Ste 1150**
Number        Street

| **Houston** | **TX** | **77036-3369** |
|---|---|---|
| City | State | ZIP Code |

| **(713) 595-8200** | **notifications@lanelaw.com** |
|---|---|
| Contact phone | Email address |

| **24046263** | **TX** |
|---|---|
| Bar number | State |

---

Fill in this information to identify the case:

Debtor Name   **Shieldcoat Technologies, Inc.**

United States Bankruptcy Court for the:   **Eastern**   District of   **Texas**

(State)

Case number (If known):

☐ Check if this is an amended filing

**Official Form 206A/B**

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)     Type of account     Last 4 digits of account number

   3.1. **Capital One Bank**     **Checking account**     **5  2  8  5**     **unknown**

4. **Other cash equivalents** *(Identify all)*

   4.1 _____

   4.2 _____

5. **Total of Part 1** _____

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____

   7.2 _____

Debtor    **Shieldcoat Technologies, Inc.**_____    Case number *(if known)* _____
Name

**8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1    _____    _____

8.2    _____    _____

**9.    Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.    | _____ |

---

| **Part 3:** | Accounts receivable |

**10.    Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

**11.    Accounts receivable**

11a. 90 days old or less:    **$449,906.00**  -  **$37,000.00**  =.....➡    **$412,906.00**
                              face amount       doubtful or uncollectible accounts

11b. Over 90 days old:    **unknown**  -  **unknown**  =.....➡    **$37,000.00**
                          face amount    doubtful or uncollectible accounts

**12.    Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    | **$449,906.00** |

---

| **Part 4:** | Investments |

**13.    Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.    Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1    _____    _____    _____

14.2    _____    _____    _____

**15.    Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                        % of ownership:

15.1    _____    _____    _____    _____

15.2    _____    _____    _____    _____

**16.    Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

---

Debtor    **Shieldcoat Technologies, Inc.** _____    Case number *(if known)* _____
Name

| | | | |
|---|---|---|---|
| 16.1 | _____ | _____ | _____ |
| 16.2 | _____ | _____ | _____ |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    | _____ |

---

**Part 5:**    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| Raw materials | **11/20/2024** MM / DD / YYYY | **unknown** | **Purchase Price** | **$26,000.00** |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.    | **$26,000.00** |

**24. Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☑ Yes.  Book value ___**unknown**___ Valuation method ___**Purchase Price**___ Current value ___**$26,000.00**___

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 6:**    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

---

Debtor   **Shieldcoat Technologies, Inc.**
_____   Case number *(if known)* _____
Name

| General description | Net book value of debtor's interest <br> (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.  **Crops—either planted or harvested** <br> _____ | _____ | _____ | _____ |
| 29.  **Farm animals** *Examples:* Livestock, poultry, farm-raised fish <br> _____ | _____ | _____ | _____ |
| 30.  **Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | _____ | _____ | _____ |
| 31.  **Farm and fishing supplies, chemicals, and feed** <br> _____ | _____ | _____ | _____ |
| 32.  **Other farming and fishing-related property not already listed in Part 6** <br> _____ | _____ | _____ | _____ |

33.  **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

[ _____ ]

34.  **Is the debtor a member of an agricultural cooperative?**

☑ No

□ Yes. Is any of the debtor's property stored at the cooperative?

□ No

□ Yes

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

□ Yes.  Book value _____   Valuation method _____   Current value _____

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

□ Yes

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

□ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

□ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest <br> (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |

Debtor    **Shieldcoat Technologies, Inc.**                                Case number *(if known)* _____
          Name

| | | |
|---|---|---|
| **Filing Cabinets (20)** | unknown | $800.00 |
| **Desks (13)** | unknown | $3,575.00 |
| **Chairs (13)** | unknown | $975.00 |

40.  **Office fixtures**

| | | |
|---|---|---|
| **Table** | unknown | $200.00 |

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

| | | |
|---|---|---|
| **Printer (5)** | unknown | $300.00 |
| **Copier (Leased)** | unknown | $0.00 |
| **Computers (13)** | unknown | $4,550.00 |
| **Monitors (6)** | unknown | $675.00 |
| **Resin Grinder** | unknown | $360.00 |

42.  **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1  _____

42.2  _____

42.3  _____

43.  **Total of Part 7**                                                                      | $11,435.00 |
     Add lines 39 through 42. Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

     ☑ No

     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

     ☑ No

     ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

     ☐ No. Go to Part 9.

     ☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  _____ | _____ | _____ | _____ |
| 47.2  _____ | _____ | _____ | _____ |

Debtor   **Shieldcoat Technologies, Inc.**                                    Case number *(if known)* _____
         Name

| | | | |
|---|---|---|---|
| 47.3 | _____ | _____ | _____ | _____ |
| 47.4 | _____ | _____ | _____ | _____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 | _____ | _____ | _____ | _____ |
| 48.2 | _____ | _____ | _____ | _____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 | _____ | _____ | _____ | _____ |
| 49.2 | _____ | _____ | _____ | _____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| **2016 MT125 /** Mold Machine | unknown | $12,600.00 |
| **2003 Blasdel 950 /** IR Oven (6) | unknown | $1,200.00 |
| **2017 Sepro 11 /** Success 11 Robot | unknown | $6,000.00 |
| **2020 US Air S125 /** Air Compressor | unknown | $7,800.00 |
| **2022 Arburg 370E /** Mold Machine (2) - Lease | unknown | $0.00 |
| **2022 IDA /** Automation (2) - Lease | unknown | $0.00 |
| **2022 Stering NGX50 /** Dryer - Lease | unknown | $0.00 |
| **2022 Incoe 3214-BRA /** Heat Control (2) | unknown | $2,200.00 |
| **2022 Mapco 100-20-3SC /** Scrubber | unknown | $20,800.00 |
| **2022 Acu-Gauge AG24-3-LT53 /** Test Equipment (2) | unknown | $5,600.00 |
| **2022 Perkin Elmer N300 /** Test Equipment | unknown | $5,600.00 |
| **2013 RK Inc Cyber1 /** Decorative Automation Line | unknown | $105,000.00 |
| **1999 Fanuc P-100 /** Paint Robot (7) | unknown | $14,000.00 |
| **RJ-2 /** Controllers (7) | unknown | $7,000.00 |
| **2022 Fisher XDL240 /** Test Equipment (2) | unknown | $8,400.00 |
| **2013 Mapco /** Scrubber | unknown | $7,800.00 |
| **1998 Deco Tools /** Maskwasher | unknown | $1,600.00 |
| **2000 Thieria VP48E /** Maskwasher | unknown | $1,600.00 |
| **2005 Thieria VP48G /** Maskwasher | unknown | $1,600.00 |
| **2013 Aldonex T-415-50CR /** Rectifier | unknown | $3,000.00 |
| **2013 Aldonex T-418-25CR /** Rectifier (3) | unknown | $3,000.00 |
| **2013 Aldonex T-409-15.0CR /** Rectifier | unknown | $3,000.00 |
| **2013 Aldonex T-406-7.5CR /** Rectifier | unknown | $3,000.00 |

Debtor   **Shieldcoat Technologies, Inc.**                                    Case number *(if known)* _____
          Name

| | | |
|---|---|---|
| **2013 Aldonex T-408-15CR / Rectifier** | unknown | $3,000.00 |
| **2005 New Holland SD12 / Spin Dryer** | unknown | $900.00 |
| **2005 New Holland SD13 / Spin Dryer** | unknown | $900.00 |
| **2008 Toyota 7FGU20 / Forklift** | unknown | $1,800.00 |
| **2013 Parker PCW / Chiller** | unknown | $4,200.00 |
| **2013 Walchem WCU / Copper Controller (6)** | unknown | $4,200.00 |
| **2023 Walchem WCU / Copper Sensor** | unknown | $2,030.40 |
| **2013 RK Inc / Process Tank (21)** | unknown | $12,600.00 |
| **2013 RK Inc / Rinse Tank (22)** | unknown | $7,799.00 |
| **2022 Process Tech T-6440-3-P1 / Heaters (55)** | unknown | $7,799.00 |
| **2000 Mapco / Scrubber** | unknown | $5,000.00 |
| **2010 LMI / Pumps (28)** | unknown | $5,600.00 |
| **2000 Price / Hoist** | unknown | $2,000.00 |
| **2005 Price / Hoist** | unknown | $2,000.00 |
| **2022 RK Inc / Hoist** | unknown | $8,400.00 |
| **2010 CM / ChanHoist (3)** | unknown | $750.00 |
| **2022 Titans TA-120-NG / Makeup Air** | unknown | $30,000.00 |
| **2000 JWI / Filter Press** | unknown | $3,100.00 |
| **2005 JWI / Filter Press** | unknown | $3,100.00 |
| **2000 Ingersol Rand SSR-EP100 / Air Compressor** | unknown | $1,000.00 |
| **2000 Ingersol Rand / Dryer** | unknown | $300.00 |
| **1995 Milacron VT-220-17 / Mold Machine** | unknown | $2,400.00 |
| **1995 Milacron VT-220-10 / Mold Machine** | unknown | $2,400.00 |
| **2000 Reznor / Makeup Air (2)** | unknown | $4,000.00 |
| **2000 Bob Johnson / RO System** | unknown | $1,200.00 |

51.  **Total of Part 8**                                                          $337,278.40
     Add lines 47 through 50. Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 9:**   Real property

Debtor   **Shieldcoat Technologies, Inc.**   Case number *(if known)*
Name

---

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| |
|---|
| _____ |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| _____ | _____ | _____ | _____ |
| 61. **Internet domain names and websites** | | | |
| https://www.cybershieldinc.com/ | unknown | | $1.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| _____ | _____ | _____ | _____ |
| 63. **Customer lists, mailing lists, or other compilations** | | | |

Debtor    **Shieldcoat Technologies, Inc.**
_____                    Case number *(if known)* _____
Name

| Customer lists | unknown | $1.00 |
|---|---|---|

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.    | **$2.00** |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:**    All other assets

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

71.  **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➜    _____
                                Total face amount    doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    _____

_____    Tax year _____    _____

_____    Tax year _____    _____

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

Debtor    **Shieldcoat Technologies, Inc.**                                          Case number *(if known)* _____

Name

---

**Nature of claim**    _____

**Amount requested**    _____

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Nature of claim**    _____

**Amount requested**    _____

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor    **Shieldcoat Technologies, Inc.**                                    Case number *(if known)*
_____                              _____
Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **unknown** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$449,906.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$26,000.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$11,435.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$337,278.40** | |
| 88. **Real property.** *Copy line 56, Part 9*.............................................. ➔ | | _____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$2.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** _____ | |
| 91. **Total.** *Add lines 80 through 90 for each column*...........................91a. | **$824,621.40** | **+** 91b. _____ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................... | **$824,621.40**

Fill in this information to identify the case:

Debtor name   **Shieldcoat Technologies, Inc.**

United States Bankruptcy Court for the:   **Eastern**   District of   **Texas**

(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1** **Creditor's name**

**1st Alliance Group LLC**

**Creditor's mailing address**

**2875 Ne 191st St Ste 500**

**Miami, FL 33180-2832**

**Creditor's email address, if known**

_____

Date debt was incurred   **04/15/2024**

Last 4 digits of account   __ __ __ __
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**Remarks:** Merchant Cash Advance

**Describe debtor's property that is subject to a lien**

_____
_____
_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Column A: **$29,800.00**   Column B: **unknown**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$1,698,384.69**

Debtor     **Shieldcoat Technologies, Inc.**                                    Case number (if known) _____

Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.2** **Creditor's name**

**Apex Funding Silver LLC**

Describe debtor's property that is subject to a lien

**Creditor's mailing address**

**350 N Saint Paul St Ste 1300**

**Dallas, TX 75201-4229**

$88,065.00          unknown

Describe the lien

**Creditor's email address, if known**

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

**Date debt was incurred**     **06/06/2024**

**Last 4 digits of account number**     __ __ __ __

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Remarks:** Merchant Cash Advance

Debtor    **Shieldcoat Technologies, Inc.**                                          Case number (if known) _____
_____
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.3** Creditor's name

**Arburg, Inc.**

Describe debtor's property that is subject to a lien

$1,215.24          unknown

Creditor's mailing address

**644 West St**

**Rocky Hill, CT 06067-3414**

Describe the lien

**UCC**

Creditor's email address, if known

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Date debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor    **Shieldcoat Technologies, Inc.**
Name    Case number (if known) _____

| Part 1: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|

**2.4** **Creditor's name**

**Arcadia Funding Partners Inc**

**Creditor's mailing address**

**152 W 57th St Fl 47**

**New York, NY 10019-3310**

**Creditor's email address, if known**

_____

Date debt was incurred    **08/26/2024**

Last 4 digits of account    __ __ __ __
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Merchant Cash Advance

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☐ Unliquidated

☑ Disputed

Column A: **$147,890.00**

Column B: **unknown**

Debtor    **Shieldcoat Technologies, Inc.**                                    Case number (if known) _____
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.5** **Creditor's name**

**Bancorp South Bank**

**Creditor's mailing address**

**P.O. Box 789**

**Tupelo, MS 38802**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____
_____
_____

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**unknown**    **unknown**

**Remarks:** Client is unaware of a balance owed.

Debtor    **Shieldcoat Technologies, Inc.**

Name                                                              Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---------|-----------------|--|----------|----------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

| **2.6** | **Creditor's name** | **Describe debtor's property that is subject to a lien** | **unknown** | **unknown** |

**Belvidere Capital LLC**

**Creditor's mailing address**

**201 Hansen Ct Ste 125**

**Wood Dale, IL 60191-1151**

**Describe the lien**

**UCC**

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

        _____

        _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Remarks:**  Client is unaware of a balance owed.

Debtor    **Shieldcoat Technologies, Inc.**    Case number (if known) _____

Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.7** **Creditor's name**

**Capitaldomain LLC**

**Creditor's mailing address**

**300 Tice Blvd**

**Woodcliff Lk, NJ 07677-8406**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** __ __ __ __
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Merchant Cash Advance

**Describe debtor's property that is subject to a lien**

_____    $155,000.00    unknown

_____

_____

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☐ Unliquidated

☑ Disputed

Debtor    **Shieldcoat Technologies, Inc.**                                  Case number (if known) _____
              Name

| **Part 1:** | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**2.8** Creditor's name

**Commercial Finance Partners LLC**

Creditor's mailing address

**1200 N Federal Hwy Ste 201**

**Boca Raton, FL 33432-2845**

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____

_____

_____

Describe the lien

**UCC**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$117,226.96**

Column B: **unknown**

Debtor    **Shieldcoat Technologies, Inc.**                                    Case number (if known) _____
　　　　　Name

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.9** **Creditor's name**

**Daytona Funding Solutions**

**Creditor's mailing address**

**266 Broadway Ste 401**

**Brooklyn, NY 11211-6306**

**Creditor's email address, if known**

_____

**Date debt was incurred**    **08/14/2024**

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

　　☐ No. Specify each creditor, including this creditor, and its relative priority.

　　_____

　　_____

　　☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Merchant Cash Advance

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**$12,000.00**    **unknown**

Debtor   **Shieldcoat Technologies, Inc.**

Name

Case number (if known) _____

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.10** Creditor's name

**FCS Advisors LLC**

Creditor's mailing address

**187 Franklin St**

**New York, NY 10013**

Creditor's email address, if known

_____

Date debt was incurred   _____

Last 4 digits of account   ___ ___ ___ ___
number

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Client is unaware of a balance owed.

Describe debtor's property that is subject to a lien

_____
_____
_____

Describe the lien

**UCC**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**unknown**

**unknown**

Debtor    **Shieldcoat Technologies, Inc.**                                    Case number (if known) _____
Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.11** **Creditor's name**

**Great Lakes Business Credit, LLC**

**Creditor's mailing address**

**900 Wilshire Dr Ste 305**

**Troy, MI 48084-1600**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** ___ ___ ___ ___
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

       _____

       _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Client is unaware of a balance owed.

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Column A: **unknown**   Column B: **unknown**

Debtor   **Shieldcoat Technologies, Inc.**                                    Case number (if known) _____
         Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.12** **Creditor's name**

**Gulf Coast Bank & Trust Company**

**Describe debtor's property that is subject to a lien**

|  | **unknown** | **unknown** |
|---|---|---|

**Creditor's mailing address**

**200 Saint Charles Ave**

**New Orleans, LA 70130-2903**

**Describe the lien**

**UCC**

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**   _____

**Last 4 digits of account number**   __ __ __ __

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Remarks:** Client is unaware of a balance owed.

Debtor    **Shieldcoat Technologies, Inc.**    Case number (if known) _____

Name

| **Part 1:** | Additional Page | **Column A** | **Column B** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.13** **Creditor's name**

**Leaf Capital Funding, LLC**

Describe debtor's property that is subject to a lien

_____    $68,670.81    unknown

_____

**Creditor's mailing address**

**2005 Market Street, 14th Floor**

**Philadelphia, PA 19103**    _____

Describe the lien

**Finance Agreement**

**Creditor's email address, if known**    _____

_____

**Is the creditor an insider or related party?**

**Date debt was incurred** _____    ☑ No
                                       ☐ Yes

**Last 4 digits of account** **8  0  0  8**
**number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    **Shieldcoat Technologies, Inc.**                                    Case number (if known) _____
    Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.14  Creditor's name**

    **Mulligan Funding, LLC**

**Creditor's mailing address**

    **4715 Viewridge Ave Suite 100**

    **San Diego, CA 92123**

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account**  __ __ __ __
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Merchant Cash Advance

**Describe debtor's property that is subject to a lien**

_____      **$194,252.00**      **unknown**

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

Debtor    **Shieldcoat Technologies, Inc.**                                    Case number (if known) _____

Name

| Part 1: | Additional Page | | Column A | Column B |
|---------|-----------------|--|----------|----------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.15** **Creditor's name**

**Newtek Small Business Finance**

**Creditor's mailing address**

**1981 Marcus Ave Suite 130**

**New Hyde Park, NY 11042**

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account**    ___ ___ ___ ___
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Client is unaware of a balance owed.

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: **unknown**    Column B: **unknown**

Debtor    **Shieldcoat Technologies, Inc.**
_____    Case number (if known) _____
Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.16** Creditor's name

**ODK Capital, LLC**

Describe debtor's property that is subject to a lien

_____    **$250,000.00**    **unknown**

Creditor's mailing address

**175 W Jackson Blvd Ste 1000**

**Chicago, IL 60604-2863**

Describe the lien

_____

Creditor's email address, if known

_____

Is the creditor an insider or related party?

☑ No
☐ Yes

Date debt was incurred    _____

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

☐ Contingent
☐ Unliquidated
☑ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Business Loan and Security Agreement

Debtor   **Shieldcoat Technologies, Inc.**                                                   Case number (if known) _____
         Name

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A: **Amount of claim** Do not deduct the value of collateral.

Column B: **Value of collateral that supports this claim**

**2.17** **Creditor's name**

**Pawnee Leasing Corporation**

**Creditor's mailing address**

**3801 Automation Way Suite 207**

**Fort Collins, CO 80525**

**Creditor's email address, if known**

_____

Date debt was incurred   **06/01/2023**

Last 4 digits of account   __ __ __ __
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____
  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Molding machine leases/purchase. Lease to own.

**Describe debtor's property that is subject to a lien**

_____
_____
_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$187,338.50**

Column B: **unknown**

| Debtor | **Shieldcoat Technologies, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.18** Creditor's name

**Speedy Funding**

Describe debtor's property that is subject to a lien

$52,134.68          unknown

Creditor's mailing address

**163 Carrier St**

**Liberty, NY 12754-2124**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?

☑ No
☐ Yes

Date debt was incurred     **07/23/2024**

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number     __ __ __ __

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

　☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Merchant Cash Advance

Debtor   **Shieldcoat Technologies, Inc.**                                        Case number (if known) _____
    Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.19** **Creditor's name**

**Throttle Funding LLC**

**Creditor's mailing address**

**4014 Chase Ave Ste 212**

**Miami Beach, FL 33140-3446**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** **5  4  7  7**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Merchant Cash Advance

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☐ Unliquidated

☑ Disputed

**$157,453.00** | **unknown**

Debtor    **Shieldcoat Technologies, Inc.**                                        Case number (if known) _____

Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.20** **Creditor's name**

**Timeless Funding LLC**

**Creditor's mailing address**

**5014 16th Ave Ste 124**

**Brooklyn, NY 11204-1482**

**Creditor's email address, if known**

_____

**Date debt was incurred**    **09/11/2024**

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Merchant Cash Advance

**Describe debtor's property that is subject to a lien**

_____    **$50,000.00**    **unknown**

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☐ Unliquidated

☑ Disputed

Debtor    **Shieldcoat Technologies, Inc.**                                    Case number (if known) _____
_____
Name

| Part 1: | Additional Page | | Column A | Column B |
|---------|-----------------|---|----------|----------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.21** **Creditor's name**

**Triton Capital**

**Describe debtor's property that is subject to a lien**

_____

_____

$187,338.50          unknown

**Creditor's mailing address**

**1660 Hotel Cir N Ste 215**

**San Diego, CA 92108-2802**

_____

**Describe the lien**

_____

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account** **2  8  4  0**
**number**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Remarks:** Equipment Finance Agreement

Debtor    **Shieldcoat Technologies, Inc.**                                    Case number (if known) _____
_____
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value<br>of collateral. | **Value of collateral<br>that supports this<br>claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.22** **Creditor's name**

**Vstate Filings LLC**
_____

**Creditor's mailing address**

**301 Mill Road, Suite U5**
_____

**Hewlett, NY 11557**
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** ___ ___ ___ ___
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.
    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____
_____
_____

**Describe the lien**

**UCC**
_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**unknown**            **unknown**

**Remarks:** Client is unaware of a balance owed.

Debtor    **Shieldcoat Technologies, Inc.**    Case number (if known) _____
Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Lieberman and Klestzick, LLP**<br>**Po Box 356**<br>**Cedarhurst, NY 11516-0356** | Line 2. **2** | ___ ___ ___ ___ |
| **AWN&R Commercial Law Group, PLLC**<br>**Attn: Jeffrey Parrella, Esq.**<br>**14 Wall Street 20th Floor**<br>**New York, NY 10005** | Line 2. **9** | ___ ___ ___ ___ |
| **Advanced Recovery Group**<br>**30 Two Bridges Rd Ste 100**<br>**Fairfield, NJ 07004-1546** | Line 2. **9** | ___ ___ ___ ___ |
| **FCS Advisors LLC**<br>**441 Ninth Avenue, 20th Floor**<br>**New York, NY 10001** | Line 2. **10** | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Debtor   **Shieldcoat Technologies, Inc.**

Name

Case number (if known) _____

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____<br>_____<br>_____ | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name _____ **Shieldcoat Technologies, Inc.** _____

United States Bankruptcy Court for the:

_____ **Eastern District of Texas** _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** **Priority creditor's name and mailing address**

**Internal Revenue Service**

**P.O. Box 7346**

**Philadelphia, PA 19101-7346**

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$100,618.09**    Priority amount: **$100,618.09**

**2.2** **Priority creditor's name and mailing address**

**Texas Commission on Environment Quality**

**Po Box 13089**

**Austin, TX 78711-3089**

Date or dates debt was incurred

_____

Last 4 digits of account number **0   9   9   N**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$109.08**    Priority amount: **$109.08**

Debtor    **Shieldcoat Technologies, Inc.**                                    Case number *(if known)* _____
    Name

---

**Part 1:** Additional Page

---

**2.3**  Priority creditor's name and mailing address

**Texas Commission on Environment Quality**

**Po Box 13089**

**Austin, TX 78711-3089**

Date or dates debt was incurred

_____

Last 4 digits of account
number  **0   9   9   G**

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(8)**

As of the petition filing date, the claim is:          $970.20          $970.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.4**  Priority creditor's name and mailing address

**Texas Comptroller of Public Accountants**

**PO Box BOX 12548**

**Austin, TX 78711**

Date or dates debt was incurred

_____

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(8)**

As of the petition filing date, the claim is:          $1,162.17          $1,162.17
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.5**  Priority creditor's name and mailing address

**Texas Comptroller of Public Accounts**

**PO Box 1493348**

**Austin, TX 78714**

Date or dates debt was incurred

_____

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(8)**

As of the petition filing date, the claim is:          $404.42          $404.42
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
_____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Shieldcoat Technologies, Inc.**
Name

Case number *(if known)* _____

---

**Part 1:** Additional Page

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $298.00 | $298.00 |

**Texas Department of State Health Services**

P.O. Box 149347

Austin, TX 78714-9347

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)  **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Shieldcoat Technologies, Inc.**

Name

Case number *(if known)* _____

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | **Amount of claim** |
|---|---|

**3.1** Nonpriority creditor's name and mailing address

**Accu-Labs**

**3433 W 48th Pl**

**Chicago, IL 60632-3026**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$42,204.21

---

**3.2** Nonpriority creditor's name and mailing address

**Analytical Enviroment Laboratory LLC**

**8310 S Broadway Ave**

**Tyler, TX 75703-5400**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$42.50

---

**3.3** Nonpriority creditor's name and mailing address

**Andwin Scientific**

**Po Box 940220**

**Simi Valley, CA 93094-0220**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$5,769.88

---

**3.4** Nonpriority creditor's name and mailing address

**Aquatic Services**

**1821 An County Road 171**

**Elkhart, TX 75839-5315**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,000.00

---

| Debtor | **Shieldcoat Technologies, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.5** Nonpriority creditor's name and mailing address

**Asterion, LLC**

**Po Box 68809**

**Indianapolis, IN 46268-0809**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $5,094.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

**Bank Direct Capital Finance**

**Po Box 660448**

**Dallas, TX 75266-0448**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $84,937.28
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

**Basham Construction**

**3772 Ted Trout Dr**

**Lufkin, TX 75904-4847**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $5,250.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

**Caplugs**

**3012 Momentum Place**

**Chicago, IL 60689-0001**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $2,859.83
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Shieldcoat Technologies, Inc.**                                   Case number *(if known)* _____
Name

---

**Part 2:**  Additional Page

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $977.48 |

**Centerpoint Energy - 088**

**Po Box 4981**

**Houston, TX 77210-4981**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $4,556.11 |

**Centerpoint Energy -429-9**

**Po Box 4981**

**Houston, TX 77210-4981**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,693.96 |

**Coburn's Wholesale**

**Po Box 669259**

**Dallas, TX 75266-9259**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $33.17 |

**Cole Parmer Instrument Co**

**13927 Collections Center Dr**

**Chicago, IL 60693-0001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 6 of 27

Debtor    **Shieldcoat Technologies, Inc.**                                      Case number *(if known)* _____
          Name

**Part 2:** Additional Page

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,084.58 |
|---|---|---|---|

**Colonial Supplemental Insurance**

**Po Box 903**

**Columbia, SC 29202-0903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,447.00 |
|---|---|---|---|

**Consolidated Communications**

**Po Box 66523**

**Saint Louis, MO 63166-6523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $558.05 |
|---|---|---|---|

**Consolidated Communications**

**Po Box 66523**

**Saint Louis, MO 63166-6523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $87,562.48 |
|---|---|---|---|

**Constellation New Energy, Inc.**

**Po Box 4640**

**Carol Stream, IL 60197-4640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Shieldcoat Technologies, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,889.23 |
|---|---|---|---|

**Constellation New Energy, Inc.**

Po Box 4640

Carol Stream, IL 60197-4640

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,251.95 |
|---|---|---|---|

**Constellation NewEnergy, Inc**

Po Box 4640

Carol Stream, IL 60197-4640

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $54,812.93 |
|---|---|---|---|

**Constellation NewEnergy, Inc**

Po Box 4640

Carol Stream, IL 60197-4640

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $336.50 |
|---|---|---|---|

**Constellation NewEnergy, Inc**

Po Box 4640

Carol Stream, IL 60197-4640

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Shieldcoat Technologies, Inc.**                                    Case number *(if known)* _____
_____
Name

---

**Part 2:** Additional Page

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.41 |
|---|---|---|---|

| 3.21 | Nonpriority creditor's name and mailing address<br><br>**Constellation NewEnergy, Inc**<br><br>**Po Box 4640**<br><br>**Carol Stream, IL 60197-4640**<br><br>Date or dates debt was incurred _____<br><br>Last 4 digits of account number __ __ __ __ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $27.41 |
| 3.22 | Nonpriority creditor's name and mailing address<br><br>**Corner Stone Rack & Tooling**<br><br>**Po Box 873**<br><br>**Lawrenceburg, TN 38464-0873**<br><br>Date or dates debt was incurred _____<br><br>Last 4 digits of account number __ __ __ __ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $12,426.00 |
| 3.23 | Nonpriority creditor's name and mailing address<br><br>**Dakota Maverick**<br><br>**Po Box 171523**<br><br>**Arlington, TX 76003-1523**<br><br>Date or dates debt was incurred _____<br><br>Last 4 digits of account number __ __ __ __ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $8,262.93 |
| 3.24 | Nonpriority creditor's name and mailing address<br><br>**Davisat**<br><br>**2024 Walker Rd**<br><br>**Huntington, TX 75949-4351**<br><br>Date or dates debt was incurred _____<br><br>Last 4 digits of account number __ __ __ __ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _____<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $533.75 |

| Debtor | **Shieldcoat Technologies, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,622.67
--- | --- | --- | ---

**Dun & Bradstreet Owner Services**

**5335 Gate Pkwy**

**Jacksonville, FL 32256-8080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $923.60

**Elliot Electric Supply**

**PO Box 630610**

**Nacogdoches, TX 75963**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $91,038.10

**Engineered Products & Services, Inc.**

**1401 Royal Pkwy Ste A**

**Euless, TX 76040-6725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: Judgement Order

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $79.25

**Entech Resins**

**Po Box 934329**

**Atlanta, GA 31193-4329**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Shieldcoat Technologies, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $875.00 |
|---|---|---|---|

**Evoqua Water Technologies LLC**

**28563 Network Place**

**Chicago, IL 60673**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $257.30 |
|---|---|---|---|

**Fastenal**

**Po Box 1286**

**Winona, MN 55987-7286**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,930.91 |
|---|---|---|---|

**Fed Ex Freight East**

**Po Box 10306**

**Palatine, IL 60055-0001**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $599.00 |
|---|---|---|---|

**Federal Processing Registry**

**3005 State Road 590 Ste 100**

**Clearwater, FL 33759-2539**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor    **Shieldcoat Technologies, Inc.**
Name    Case number *(if known)*

---

**Part 2:** Additional Page

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $329.37 |

**FedEx**

**PO Box 660481**

**Dallas, TX 75266-0481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,120.50 |

**Ferrara's Heating & A/C**

**Po Box 154107**

**Lufkin, TX 75915-4107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,714.87 |

**Fisher Scientific Co**

**Po Box 404705**

**Atlanta, GA 30384-4705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,186.09 |

**Grainger**

**Po Box 419267**

**Kansas City, MO 64141-6267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Shieldcoat Technologies, Inc.**
Name

Case number *(if known)*

---

**Part 2:** Additional Page

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,252.14 |
|---|---|---|---|

**Hawkins Chemistry Equipment Services**

**2801 Spence St**

**Lufkin, TX 75904-8555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,458.15 |
|---|---|---|---|

**Heniff Transporation Systems, LLC**

**Po Box 74007095**

**Chicago, IL 60674-7095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $313.62 |
|---|---|---|---|

**Hi Line**

**Po Box 972081**

**Dallas, TX 75397-2081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,074.35 |
|---|---|---|---|

**Home Depot**

**P.O. Box 9001030**

**Louisville, KY 40290-1030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Shieldcoat Technologies, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $861.76 |
|---|---|---|---|

**Industrial Netting**

**Po Box 86**

**Minneapolis, MN 55486-0086**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.60 |
|---|---|---|---|

**IONOS Inc.**

**100 N 18th St Ste 400**

**Philadelphia, PA 19103-2704**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,129.95 |
|---|---|---|---|

**July Business Services**

**Po Box 2208**

**Waco, TX 76703-2208**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,978.71 |
|---|---|---|---|

**Laird Technologies - Cleveland**

**Po Box 736209**

**Chicago, IL 60673-6209**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor    **Shieldcoat Technologies, Inc.**

Name

Case number *(if known)* _____

---

**Part 2:**  Additional Page

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,039.50 |
|---|---|---|---|

**LBA Technologiies**

**3400 Tupper Dr**

**Greenville, NC 27834-0781**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,803.41 |
|---|---|---|---|

**Lehman's Pipe & Steel**

**803 Robertson Loop**

**Pollok, TX 75969-2975**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,385.56 |
|---|---|---|---|

**Lone Wolf**

**Po Box 185759**

**Fort Worth, TX 76181-0759**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $72.81 |
|---|---|---|---|

**Lufkin Fasteners Inc.**

**Po Box 153438**

**Lufkin, TX 75915-3438**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

| Debtor | **Shieldcoat Technologies, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.49** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,585.63**

Lufkin Rubber & Gasket

Po Box 150356

Lufkin, TX 75915-0356

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$514.90**

Lyons LP Gas

3008 N John Redditt Dr

Lufkin, TX 75904-1636

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$87,344.68**

MacDermid Inc.

Po Box 660367

Dallas, TX 75266-0367

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,494.78**

Matheson Tri-Gas Inc.

Po Box 123028

Dallas, TX 75312-3028

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Shieldcoat Technologies, Inc.** | | Case number *(if known)* _____ |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

---

**3.53** | **Nonpriority creditor's name and mailing address**

**McMaster-Carr Supply Co**

**Po Box 7690**

**Chicago, IL 60680-7690**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$7,168.70

---

**3.54** | **Nonpriority creditor's name and mailing address**

**Met-Chem**

**777 E 82nd St**

**Cleveland, OH 44103-1817**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,440.00

---

**3.55** | **Nonpriority creditor's name and mailing address**

**MG Chemicals, LTD**

**Burlington, Ontario, Canada L7L 5R6**

**1210 Corporate Drive**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$16,713.63

---

**3.56** | **Nonpriority creditor's name and mailing address**

**MidAmerica Waste Solutions**

**Po Box 737**

**Carthage, MO 64836-0737**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,591.00

---

| Debtor | **Shieldcoat Technologies, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**Part 2:** Additional Page

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,375.00
Check all that apply.

**Orkin Pest Control**

12649 State Highway 30

College Sta, TX 77845-7736

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,375.00
Check all that apply.

**Parker-Hannifin**

7895 Collection Center Dr

Chicago, IL 60693-0001

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $487.50
Check all that apply.

**Pencom**

1300 Industrial Rd Ste 21

San Carlos, CA 94070-4141

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,647.00
Check all that apply.

**Perkin Elmer**

710 Bridgeport Ave

Shelton, CT 06484-4708

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

Debtor    **Shieldcoat Technologies, Inc.**
_____    Case number *(if known)* _____
Name

## Part 2: Additional Page

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,647.00
| | *Check all that apply.* |

**Perkin Elmer US LLC**

**Po Box 7410907**

**Chicago, IL 60674-0907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $134.87
| | *Check all that apply.* |

**Plastic Process Inc.**

**6835 Montessouri St.**

**Las Vegas, NV 89113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,855.41
| | *Check all that apply.* |

**PPG Industries, Inc.**

**Po Box 121038**

**Dallas, TX 75312-1038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.00
| | *Check all that apply.* |

**PPS Technologies**

**Po Box 45**

**Carmel, IN 46082-0045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

| Debtor | **Shieldcoat Technologies, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.65** Nonpriority creditor's name and mailing address

**Precision Fasteners Inc.**

**12 Worlds Fair Dr Ste K**

**Somerset, NJ 08873-1348**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $1,614.73
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.66** Nonpriority creditor's name and mailing address

**Redbird Chemical**

**3770 Victory Cir**

**Orange, TX 77630-8380**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $13,871.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.67** Nonpriority creditor's name and mailing address

**Ritter Lumber Lufkin**

**Po Box 1265**

**Nederland, TX 77627-1265**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $2,651.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.68** Nonpriority creditor's name and mailing address

**Ronningen Research and Development**

**6700 E Yz Ave**

**Vicksburg, MI 49097-8374**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: $60,057.74
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Shieldcoat Technologies, Inc.**                                                    Case number *(if known)* _____

Name

---

**Part 2:**  Additional Page

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $155.00
| **Sam's Club** | *Check all that apply.* |
| | ☐ Contingent |
| **Po Box 530981** | ☐ Unliquidated |
| **Atlanta, GA 30353-0981** | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred  _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number  __ __ __ __ | ☑ No |
| | ☐ Yes |

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $217.16
| **Sherwin Williams** | *Check all that apply.* |
| | ☐ Contingent |
| **504 S Timberland Dr** | ☐ Unliquidated |
| **Lufkin, TX 75901-4068** | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred  _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number  __ __ __ __ | ☑ No |
| | ☐ Yes |

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,387.77
| **SHHP Products, Inc.** | *Check all that apply.* |
| | ☐ Contingent |
| **Po Box 156** | ☐ Unliquidated |
| **Wheeling, IL 60090-0156** | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred  _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number  __ __ __ __ | ☑ No |
| | ☐ Yes |

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,464.47
| **Summit Companies** | *Check all that apply.* |
| | ☐ Contingent |
| **Po Box 855227** | ☐ Unliquidated |
| **Minneapolis, MN 55485-5227** | ☐ Disputed |
| | **Basis for the claim:** _____ |
| Date or dates debt was incurred  _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number  __ __ __ __ | ☑ No |
| | ☐ Yes |

Debtor **Shieldcoat Technologies, Inc.**

Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.73** Nonpriority creditor's name and mailing address

**Tektronix**

**7416 Collection Center Dr**

**Chicago, IL 60693-0001**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$6,326.52

---

**3.74** Nonpriority creditor's name and mailing address

**Tempus Lufkin, LLC**

**Attn: Mark Saviers**

**1 Allied Dr Ste 1715**

**Little Rock, AR 72202-2069**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$364,493.89

---

**3.75** Nonpriority creditor's name and mailing address

**Texas Document Solutions**

**2800 Longhorn Blvd Ste 101**

**Austin, TX 78758-7624**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$241.74

---

**3.76** Nonpriority creditor's name and mailing address

**TForce Freight**

**Po Box 650690**

**Dallas, TX 75265-0690**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$322.03

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Shieldcoat Technologies, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,860.00 |
|---|---|---|---|

**Todd, Hamaker & Johnson, LLP**

**Po Box 468**

**Lufkin, TX 75902-0468**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $827.83 |
|---|---|---|---|

**Truss & Son Plumbin**

**Po Box 151640**

**Lufkin, TX 75915-1640**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $171.63 |
|---|---|---|---|

**Uline**

**Po Box 88741**

**Chicago, IL 60680-1741**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,631.48 |
|---|---|---|---|

**Univar USA Inc**

**62190 Collections Center Drive**

**Chicago, IL 60693-0001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Shieldcoat Technologies, Inc.**

Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.81** Nonpriority creditor's name and mailing address

**US Ecology Livonia, Inc.**

**Po Box 936227**

**Atlanta, GA 31193-6227**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$12,349.01

---

**3.82** Nonpriority creditor's name and mailing address

**Vernier Sales, Inc.**

**211 Smith St**

**Mckinney, TX 75069-3955**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,950.00

---

**3.83** Nonpriority creditor's name and mailing address

**Waste Management Industrial**

**Po Box 660345**

**Dallas, TX 75266-0345**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$9,885.43

---

**3.84** Nonpriority creditor's name and mailing address

**Williams Electric**

**156 Pine Cone Ln**

**Lufkin, TX 75901-4363**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$5,206.83

---

Debtor    **Shieldcoat Technologies, Inc.**                                          Case number *(if known)* _____
Name

| Part 2: | Additional Page |

**3.85** Nonpriority creditor's name and mailing address

**Wrike**

9171 Towne Centre Dr Ste 200

San Diego, CA 92122-1267

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:         $376.08
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor   **Shieldcoat Technologies, Inc.**
Name

Case number *(if known)*

| Part 3: | List Others to Be Notified About Unsecured Claims |
| --- | --- |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |
| 4.1 **Charleston, Kelly & Associates**<br>**150 E Swedesford Rd Suite 102**<br>**Wayne, PA 19087** | Line **3.83**<br>☐ Not listed. Explain | **6 5 2 1** |
| 4.2 **Cohn & Dussi, LLC**<br>**255 State St Ste 7b**<br>**Boston, MA 02109-2613** | Line **3.60**<br>☐ Not listed. Explain | __ __ __ __ |
| 4.3 **Linebarger Goggan Blair & Sampson, LLP**<br>**PO Box 3064**<br>**Houston, TX 77253** | Line **2.2**<br>☐ Not listed. Explain | __ __ __ __ |
| 4.4 **Madrigrano, Aiello & Santarelli, LLC**<br>**1108 56th St**<br>**Kenosha, WI 53140-3669** | Line **3.27**<br>☐ Not listed. Explain | __ __ __ __ |
| 4.5 **Skelton Slusher Barnhill Watkins Wells, PLLC**<br>**1616 S. Chestnut**<br>**Lufkin, TX 75901** | Line **3.34**<br>☐ Not listed. Explain | __ __ __ __ |
| 4.6 **The Commercial Collection Corp. of NY, Inc.**<br>**34 Seymour St**<br>**Tonawanda, NY 14150-2126** | Line **3.37**<br>☐ Not listed. Explain | **5 6 0 1** |

Debtor    **Shieldcoat Technologies, Inc.**

Name

Case number *(if known)*

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

---

5.    **Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| 5a.    **Total claims from Part 1** | 5a. | **$103,561.96** |
| 5b.    **Total claims from Part 2** | 5b.  + | **$1,203,751.62** |
| 5c.    **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$1,307,313.58** |

Fill in this information to identify the case:

Debtor name    **Shieldcoat Technologies, Inc.**

United States Bankruptcy Court for the:

**Eastern District of Texas**

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest: **Office Lease** | **Tempus Lufkin, LLC** |
| | | **Attn: Mark Saviers** |
| | State the term remaining: **0 months** | **1 Allied Dr Ste 1715** |
| | List the contract number of any government contract: | **Little Rock, AR 72202-2069** |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest: | |
| | State the term remaining: | |
| | List the contract number of any government contract: | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest: | |
| | State the term remaining: | |
| | List the contract number of any government contract: | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest: | |
| | State the term remaining: | |
| | List the contract number of any government contract: | |

Fill in this information to identify the case:

Debtor name **Shieldcoat Technologies, Inc.**

United States Bankruptcy Court for the: **Eastern** District of **Texas**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 **Bobby Marshall** | **308 Ellen Trout Dr**<br>Street<br><br>**Lufkin, TX 75904-1356**<br>City     State     ZIP Code | **Daytona Funding Solutions** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Throttle Funding LLC** | ☑ D<br>☐ E/F<br>☐ G |
| | | **1st Alliance Group LLC** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Arcadia Funding Partners Inc** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Capitaldomain LLC** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Mulligan Funding, LLC** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Speedy Funding** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Apex Funding Silver LLC** | ☑ D<br>☐ E/F<br>☐ G |

Debtor   **Shieldcoat Technologies, Inc.**

Name                                                              Case number (if known)

| Additional Page if Debtor Has More Codebtors |
|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | **ODK Capital, LLC** | ☑ D  ☐ E/F  ☐ G |
| | | **Timeless Funding LLC** | ☑ D  ☐ E/F  ☐ G |
| | | **Triton Capital** | ☑ D  ☐ E/F  ☐ G |
| 2.2  **Marshall, Bobby** | **308 Ellen Trout Dr** <br> Street <br><br> **Lufkin, TX 75904-1356** <br> City     State     ZIP Code | **Daytona Funding Solutions** | ☑ D  ☐ E/F  ☐ G |
| | | **Throttle Funding LLC** | ☑ D  ☐ E/F  ☐ G |
| | | **1st Alliance Group LLC** | ☑ D  ☐ E/F  ☐ G |
| | | **Arcadia Funding Partners Inc** | ☑ D  ☐ E/F  ☐ G |
| | | **Capitaldomain LLC** | ☑ D  ☐ E/F  ☐ G |
| | | **Mulligan Funding, LLC** | ☑ D  ☐ E/F  ☐ G |
| | | **Speedy Funding** | ☑ D  ☐ E/F  ☐ G |
| | | **Apex Funding Silver LLC** | ☑ D  ☐ E/F  ☐ G |
| | | **ODK Capital, LLC** | ☑ D  ☐ E/F  ☐ G |
| | | **Timeless Funding LLC** | ☑ D  ☐ E/F  ☐ G |

| Debtor | **Shieldcoat Technologies, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| | | | **Triton Capital** | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street _____<br><br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street _____<br><br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | _____ | Street _____<br><br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | _____ | Street _____<br><br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

| Fill in this information to identify the case: |
| --- |
| Debtor name          **Shieldcoat Technologies, Inc.** |
| United States Bankruptcy Court for the: **Eastern District of Texas** |
| Case number (if known): _____      Chapter __11__ |

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

      Copy line 88 from *Schedule A/B*.................................................................................

| $0.00 |
| --- |

   1b. **Total personal property:**

      Copy line 91A from *Schedule A/B*..............................................................................

| $824,621.40 |
| --- |

   1c. **Total of all property:**

      Copy line 92 from *Schedule A/B*................................................................................

| $824,621.40 |
| --- |

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

| $1,698,384.69 |
| --- |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

      Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................

| $103,561.96 |
| --- |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

| + | $1,203,751.62 |
| --- | --- |

4. **Total liabilities**.........................................................................................................................

   Lines 2 + 3a + 3b

| $3,005,698.27 |
| --- |

Fill in this information to identify the case:

Debtor name **Shieldcoat Technologies, Inc.**

United States Bankruptcy Court for the:

**Eastern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From <u>01/01/2025</u> to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$370,870.96** |
| **For prior year:** From <u>01/01/2024</u> to <u>12/31/2024</u><br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$3,024,888.00** |
| **For the year before that:** From <u>01/01/2023</u> to <u>12/31/2023</u><br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$4,531,180.00** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From <u>01/01/2025</u> to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From <u>01/01/2024</u> to <u>12/31/2024</u><br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From <u>01/01/2023</u> to <u>12/31/2023</u><br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

Debtor **Shieldcoat Technologies, Inc.**     Case number *(if known)* _____
Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3.**    **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❏ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **3.1.** **Accu-Labs** <br> Creditor's name <br><br> **3433 W 48th Pl** <br> Street <br><br><br> **Chicago, IL 60632-3026** <br> City    State    ZIP Code | | **$17,417.75** | ❏ Secured debt <br> ❏ Unsecured loan repayments <br> ☑ Suppliers or vendors <br> ❏ Services <br> ❏ Other _____ |
| **3.2.** **Lone Wolf** <br> Creditor's name <br><br> **Po Box 185759** <br> Street <br><br><br> **Fort Worth, TX 76181-0759** <br> City    State    ZIP Code | | **$10,376.11** | ❏ Secured debt <br> ❏ Unsecured loan repayments <br> ☑ Suppliers or vendors <br> ❏ Services <br> ❏ Other _____ |
| **3.3.** **MacDermid Inc.** <br> Creditor's name <br><br> **Po Box 660367** <br> Street <br><br><br> **Dallas, TX 75266-0367** <br> City    State    ZIP Code | | **$96,056.52** | ❏ Secured debt <br> ❏ Unsecured loan repayments <br> ☑ Suppliers or vendors <br> ❏ Services <br> ❏ Other _____ |
| **3.4.** **PM Sales Inc** <br> Creditor's name <br><br><br> Street <br><br><br> City    State    ZIP Code | | **$7,917.28** | ❏ Secured debt <br> ❏ Unsecured loan repayments <br> ☑ Suppliers or vendors <br> ❏ Services <br> ❏ Other _____ |
| **3.5.** **RP Abrasives** <br> Creditor's name <br><br> **20 Spaulding Ave** <br> Street <br><br><br> **Rochester, NH 03868-8729** <br> City    State    ZIP Code | | **$8,260.80** | ❏ Secured debt <br> ❏ Unsecured loan repayments <br> ☑ Suppliers or vendors <br> ❏ Services <br> ❏ Other _____ |

Debtor  **Shieldcoat Technologies, Inc.**                                    Case number *(if known)*
        Name

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ | _____ | _____ | _____ |
| Creditor's name | | | |
| _____ | _____ | | _____ |
| Street | | | |
| _____ | _____ | | _____ |
| City          State    ZIP Code | | | |
| **Relationship to debtor** | | | |
| _____ | | | |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ | _____ | _____ | _____ |
| Creditor's name | | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| City          State    ZIP Code | | | |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ | _____ | _____ | _____ |
| Creditor's name | | | |
| _____ | XXXX– __ __ __ __ | | |
| Street | | | |
| _____ | | | |
| City          State    ZIP Code | | | |

Debtor **Shieldcoat Technologies, Inc.** _____    Case number *(if known)* _____
Name

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Capitaldomain, LLC d/b/a Capital Domain v Shieldcoat Technologies Inc d/b/a Cybershield of Texas and Bobby Joe Marshal** | **Breach of contract.** | **Supreme Court of the State of New York County of Nassau**<br>Name<br>**100 Supreme Ct Drive**<br>Street<br><br>**Mineola, NY 11501**<br>City          State     ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**618467/2024** | | | |

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Engineered Products & Cybershield, Inc.** | | **State of Wisconsin Circuit Court Racine County**<br>Name<br>**730 Wisconsin Ave # 8**<br>Street<br><br>**Racine, WI 53403-1238**<br>City          State     ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number<br>**2024CV000950** | | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name<br><br>Street<br><br>City          State     ZIP Code | Case title<br><br>Case number<br><br>Date of order or assignment | Court name and address<br>Name<br>Street<br>City          State     ZIP Code |

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

Debtor    **Shieldcoat Technologies, Inc.**                                    Case number *(if known)*
_____
Name

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|------------------------------------------|-------------|-------|

Recipient's name
_____

Street
_____

_____
City                    State    ZIP Code

Recipient's relationship to debtor

_____

---

## Part 5:    Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

10.1.  _____

---

## Part 6:    Certain Payments or Transfers

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❏ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|-------|---------------------------------------------|--------------------------------------------------|-------|-----------------------|
| | **The Lane Law Firm** | **Attorney's Fees** | **11/05/2024** | **$5,000.00** |
| | Address | **Attorney's Fees** | **11/08/2024** | **$5,000.00** |
| | **6200 Savoy Suite 1150** Street | **Attorney's Fees** | **11/15/2024** | **$5,000.00** |
| | | **Attorney's Fees** | **11/22/2024** | **$5,000.00** |
| | **Houston, TX 77036** City    State    ZIP Code | **Attorney's Fees** | **12/06/2024** | **$5,000.00** |
| | Email or website address | **Attorney's Fees** | **12/13/2024** | **$5,000.00** |
| | | **Attorney's Fees** | **12/20/2024** | **$2,500.00** |
| | Who made the payment, if not debtor? | **Attorney's Fee** | **10/22/2024** | **$2,500.00** |

Debtor **Shieldcoat Technologies, Inc.** _____ Case number *(if known)* _____
    Name

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| | **Trustee** | | | |
| | _____ | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City    State  ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | _____ | From _____ To _____ |
| | Street | |
| | _____ | |
| | City   State  ZIP Code | |

Debtor    **Shieldcoat Technologies, Inc.**                                    Case number *(if known)*
_____
Name

| **Part 8:** | Health Care Bankruptcies |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ <br> Facility name | | _____ |
| _____ <br> Street | **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____ <br> City    State    ZIP Code | | *Check all that apply:* <br> ☐ Electronically <br><br> ☐ Paper |

| **Part 9:** | Personally Identifiable Information |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

| **Part 10:** | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor    **Shieldcoat Technologies, Inc.**    Case number *(if known)* _____
         Name

| 18.1 | **Commercial Bank of Texas, N.A** | XXXX– **5  5  8  8** | ☑ Checking | **11/2024** | **$0.00** |
| | Name | | ☐ Savings | | |
| | **PO Box 635050** | | ☐ Money market | | |
| | Street | | ☐ Brokerage | | |
| | | | ☐ Other | | |
| | **Nacogdoches, TX 75963** | | | | |
| | City          State      ZIP Code | | | | |

| 18.2 | **Commercial Bank of Texas** | XXXX– **4  2  3  5** | ☑ Checking | **July 2024** | _____ |
| | Name | | ☐ Savings | | |
| | Street | | ☐ Money market | | |
| | | | ☐ Brokerage | | |
| | | | ☐ Other | | |
| | City          State      ZIP Code | | | | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State      ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State      ZIP Code | | | |

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

---

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

Debtor   **Shieldcoat Technologies, Inc.** _____   Case number *(if known)* _____
          Name

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name _____ Street _____ City ___ State ZIP Code | _____ _____ _____ | _____ _____ _____ _____ _____ | ____ |

---

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____  **Case number**  _____ | Name _____ Street _____ City ___ State ZIP Code | _____ _____ _____ | ☐ Pending ☐ On appeal ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ Street _____ City ___ State ZIP Code | Name _____ Street _____ City ___ State ZIP Code | _____ _____ _____ | ____ |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

Debtor    **Shieldcoat Technologies, Inc.**    Case number *(if known)* _____

Name

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

Name _____ | Name _____ | _____ | _____

Street _____ | Street _____ | _____ |

_____ | _____ | _____ |

City        State    ZIP Code | City        State    ZIP Code | _____ |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1. _____ | _____ | EIN: __ __ – __ __ __ __ __ __ __

Name _____ |  | **Dates business existed**

Street _____ |  | From _____  To _____

_____ |  |

City        State    ZIP Code |  |

**26. Books, records, and financial statements**

26a.    List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26a.1.    **Todd, Hamaker & Johnson, LLP** | From **01/2005**    To **Present**

Name

**517 S 1st St**

Street

**Lufkin, TX 75901-3867**

City                State            ZIP Code

26b.    List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26b.1.    **Todd, Hamaker & Johnson, LLP** | From **01/2005**    To **Present**

Name

**517 S 1st St**

Street

**Lufkin, TX 75901-3867**

City                State            ZIP Code

Debtor   **Shieldcoat Technologies, Inc.**                                      Case number *(if known)*
         Name

**26c.** List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Todd, Hamaker & Johnson, LLP** Name | |
| **517 S 1st St** Street | |
| | |
| **Lufkin, TX 75901-3867** City     State     ZIP Code | |

**26d.** List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____ Name |
| _____ Street |
| _____ |
| _____ City     State     ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | **12/31/2024** | **$0.00** |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. **Bobby Marshall** Name |
| **308 Ellen Trout Dr** Street |
| |
| **Lufkin, TX 75904-1356** City     State     ZIP Code |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Bobby Marshall** | **308 Ellen Trout Dr Lufkin, TX 75904-1356** | **Owner,** | **100.00%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

Debtor  **Shieldcoat Technologies, Inc.**  Case number *(if known)* _____
Name

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | , _____ | From _____  To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Bobby Marshall**<br>Name<br><br>**308 Ellen Trout Dr**<br>Street<br><br><br>**Lufkin, TX 75904-1356**<br>City          State          ZIP Code | **$87,469.94** | | **Salary for running the business.** |

| Relationship to debtor |
|---|
| |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**03/07/2025**___
            MM/ DD/ YYYY

**X** **/s/ Bobby J Marshall** _____          Printed name ___**Bobby J Marshall**___
Signature of individual signing on behalf of the debtor

Debtor    **Shieldcoat Technologies, Inc.**                                    Case number *(if known)* _____
          Name

Position or relationship to debtor _____**CEO**_____


**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No

☐ Yes

Fill in this information to identify the case:

Debtor name **Shieldcoat Technologies, Inc.**

United States Bankruptcy Court for the:

**Eastern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Tempus Lufkin, LLC Attn: Mark Saviers 1 Allied Dr Ste 1715 Little Rock, AR 72202-2069 | | | | | | $364,493.89 |
| 2 | ODK Capital, LLC 175 W Jackson Blvd Ste 1000 Chicago, IL 60604-2863 | | | Disputed | | | $250,000.00 |
| 3 | Mulligan Funding, LLC 4715 Viewridge Ave Suite 100 San Diego, CA 92123 | | | Contingent Disputed | | | $194,252.00 |
| 4 | Pawnee Leasing Corporation 3801 Automation Way Suite 207 Fort Collins, CO 80525 | | | | | | $187,338.50 |
| 5 | Triton Capital 1660 Hotel Cir N Ste 215 San Diego, CA 92108-2802 | | | | | | $187,338.50 |
| 6 | Throttle Funding LLC 4014 Chase Ave Ste 212 Miami Beach, FL 33140-3446 | | | Contingent Disputed | | | $157,453.00 |
| 7 | Capitaldomain LLC 300 Tice Blvd Woodcliff Lk, NJ 07677-8406 | | UCC | Contingent Disputed | | | $155,000.00 |
| 8 | Arcadia Funding Partners Inc 152 W 57th St Fl 47 New York, NY 10019-3310 | | UCC | Contingent Disputed | | | $147,890.00 |

| Debtor | **Shieldcoat Technologies, Inc.** | | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|---|
| | Name | | | | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Commercial Finance Partners LLC 1200 N Federal Hwy Ste 201 Boca Raton, FL 33432-2845 | | UCC | | | | $117,226.96 |
| 10 | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | | | | | $100,618.09 |
| 11 | Engineered Products & Services, Inc. 1401 Royal Pkwy Ste A Euless, TX 76040-6725 | | | | | | $91,038.10 |
| 12 | Apex Funding Silver LLC 350 N Saint Paul St Ste 1300 Dallas, TX 75201-4229 | | | Contingent Disputed | | | $88,065.00 |
| 13 | Constellation New Energy, Inc. Po Box 4640 Carol Stream, IL 60197-4640 | | | | | | $87,562.48 |
| 14 | MacDermid Inc. Po Box 660367 Dallas, TX 75266-0367 | | | | | | $87,344.68 |
| 15 | Bank Direct Capital Finance Po Box 660448 Dallas, TX 75266-0448 | | | | | | $84,937.28 |
| 16 | Leaf Capital Funding, LLC 2005 Market Street, 14th Floor Philadelphia, PA 19103 | | Finance Agreement | | | | $68,670.81 |
| 17 | Ronningen Research and Development 6700 E Yz Ave Vicksburg, MI 49097-8374 | | | | | | $60,057.74 |
| 18 | Constellation NewEnergy, Inc Po Box 4640 Carol Stream, IL 60197-4640 | | | | | | $54,812.93 |
| 19 | Speedy Funding 163 Carrier St Liberty, NY 12754-2124 | | | Contingent Disputed | | | $52,134.68 |
| 20 | Timeless Funding LLC 5014 16th Ave Ste 124 Brooklyn, NY 11204-1482 | | | Contingent Disputed | | | $50,000.00 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of Texas

**In re**      Shieldcoat Technologies, Inc.

Case No. _____

**Debtor**

Chapter _____**11**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.      Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................................... **$35,000.00**

Prior to the filing of this statement I have received ............................................................. **$0.00**

Balance Due ................................................................................................................ **$35,000.00**

2.      The source of the compensation paid to me was:

☑ Debtor             ☐ Other (specify)

3.      The source of compensation to be paid to me is:

☑ Debtor             ☐ Other (specify)

4.      ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.      In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.      Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.      Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.      Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.      By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **03/07/2025** | **/s/ Robert C Lane** |
| --- | --- |
| *Date* | Robert C Lane |
| | *Signature of Attorney* |

Bar Number: 24046263
The Lane Law Firm
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369
Phone: (713) 595-8200
Fax: (713) 595-8201

**The Lane Law Firm**
*Name of law firm*

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

IN RE: **Shieldcoat Technologies, Inc.**                                        CASE NO

                                                                               CHAPTER **11**


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date    **03/07/2025**         Signature _____**/s/ Bobby J Marshall**_____

                                                        Bobby J Marshall, CEO

1ST ALLIANCE GROUP LLC
2875 NE 191ST ST STE 500
MIAMI, FL 33180-2832


ACCU-LABS
3433 W 48TH PL
CHICAGO, IL 60632-3026


ADVANCED RECOVERY GROUP
30 TWO BRIDGES RD STE 100
FAIRFIELD, NJ 07004-1546


ANALYTICAL ENVIROMENT
LABORATORY LLC
8310 S BROADWAY AVE
TYLER, TX 75703-5400


ANDWIN SCIENTIFIC
PO BOX 940220
SIMI VALLEY, CA 93094-0220


APEX FUNDING SILVER LLC
350 N SAINT PAUL ST STE 1300
DALLAS, TX 75201-4229


AQUATIC SERVICES
1821 AN COUNTY ROAD 171
ELKHART, TX 75839-5315


ARBURG, INC.
644 WEST ST
ROCKY HILL, CT 06067-3414

ARCADIA FUNDING
PARTNERS INC
152 W 57TH ST FL 47
NEW YORK, NY 10019-3310


ASTERION, LLC
PO BOX 68809
INDIANAPOLIS, IN 46268-0809


AWN&R COMMERCIAL LAW
GROUP, PLLC
ATTN: JEFFREY PARRELLA, ESQ.
14 WALL STREET 20TH FLOOR
NEW YORK, NY 10005


BANCORP SOUTH BANK
P.O. BOX 789
TUPELO, MS 38802


BANK DIRECT CAPITAL
FINANCE
PO BOX 660448
DALLAS, TX 75266-0448


BASHAM CONSTRUCTION
3772 TED TROUT DR
LUFKIN, TX 75904-4847


BELVIDERE CAPITAL LLC
201 HANSEN CT STE 125
WOOD DALE, IL 60191-1151


BOBBY MARSHALL
308 ELLEN TROUT DR
LUFKIN, TX 75904-1356

CAPITALDOMAIN LLC
300 TICE BLVD
WOODCLIFF LK, NJ 07677-8406


CAPLUGS
3012 MOMENTUM PLACE
CHICAGO, IL 60689-0001


CENTERPOINT ENERGY - 088
PO BOX 4981
HOUSTON, TX 77210-4981


CENTERPOINT ENERGY -429-9
PO BOX 4981
HOUSTON, TX 77210-4981


CHARLESTON, KELLY &
ASSOCIATES
150 E SWEDESFORD RD SUITE 102
WAYNE, PA 19087


COBURN'S WHOLESALE
PO BOX 669259
DALLAS, TX 75266-9259


COHN & DUSSI, LLC
255 STATE ST STE 7B
BOSTON, MA 02109-2613


COLE PARMER INSTRUMENT
CO
13927 COLLECTIONS CENTER DR
CHICAGO, IL 60693-0001

COLONIAL SUPPLEMENTAL
INSURANCE
PO BOX 903
COLUMBIA, SC 29202-0903


COMMERCIAL FINANCE
PARTNERS LLC
1200 N FEDERAL HWY STE 201
BOCA RATON, FL 33432-2845


CONSOLIDATED
COMMUNICATIONS
PO BOX 66523
SAINT LOUIS, MO 63166-6523


CONSTELLATION NEW
ENERGY, INC.
PO BOX 4640
CAROL STREAM, IL 60197-4640


CONSTELLATION
NEWENERGY, INC
PO BOX 4640
CAROL STREAM, IL 60197-4640


CORNER STONE RACK &
TOOLING
PO BOX 873
LAWRENCEBURG, TN 38464-0873


DAKOTA MAVERICK
PO BOX 171523
ARLINGTON, TX 76003-1523


DAVISAT
2024 WALKER RD
HUNTINGTON, TX 75949-4351

DAYTONA FUNDING
SOLUTIONS
266 BROADWAY STE 401
BROOKLYN, NY 11211-6306


DUN & BRADSTREET OWNER
SERVICES
5335 GATE PKWY
JACKSONVILLE, FL 32256-8080


ELLIOT ELECTRIC SUPPLY
PO BOX 630610
NACOGDOCHES, TX 75963


ENGINEERED PRODUCTS &
SERVICES, INC.
1401 ROYAL PKWY STE A
EULESS, TX 76040-6725


ENTECH RESINS
PO BOX 934329
ATLANTA, GA 31193-4329


EVOQUA WATER
TECHNOLOGIES LLC
28563 NETWORK PLACE
CHICAGO, IL 60673


FASTENAL
PO BOX 1286
WINONA, MN 55987-7286


FCS ADVISORS LLC
187 FRANKLIN ST
NEW YORK, NY 10013

FCS ADVISORS LLC
441 NINTH AVENUE, 20TH FLOOR
NEW YORK, NY 10001


FED EX FREIGHT EAST
PO BOX 10306
PALATINE, IL 60055-0001


FEDERAL PROCESSING
REGISTRY
3005 STATE ROAD 590 STE 100
CLEARWATER, FL 33759-2539


FEDEX
PO BOX 660481
DALLAS, TX 75266-0481


FERRARA'S HEATING & A/C
PO BOX 154107
LUFKIN, TX 75915-4107


FISHER SCIENTIFIC CO
PO BOX 404705
ATLANTA, GA 30384-4705


GRAINGER
PO BOX 419267
KANSAS CITY, MO 64141-6267


GREAT LAKES BUSINESS
CREDIT, LLC
900 WILSHIRE DR STE 305
TROY, MI 48084-1600

GULF COAST BANK & TRUST
COMPANY
200 SAINT CHARLES AVE
NEW ORLEANS, LA 70130-2903

HAWKINS CHEMISTRY
EQUIPMENT SERVICES
2801 SPENCE ST
LUFKIN, TX 75904-8555

HENIFF TRANSPORATION
SYSTEMS, LLC
PO BOX 74007095
CHICAGO, IL 60674-7095

HI LINE
PO BOX 972081
DALLAS, TX 75397-2081

HOME DEPOT
P.O. BOX 9001030
LOUISVILLE, KY 40290-1030

INDUSTRIAL NETTING
PO BOX 86
MINNEAPOLIS, MN 55486-0086

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

IONOS INC.
100 N 18TH ST STE 400
PHILADELPHIA, PA 19103-2704

JULY BUSINESS SERVICES
PO BOX 2208
WACO, TX 76703-2208


LAIRD TECHNOLOGIES -
CLEVELAND
PO BOX 736209
CHICAGO, IL 60673-6209


LBA TECHNOLOGIIES
3400 TUPPER DR
GREENVILLE, NC 27834-0781


LEAF CAPITAL FUNDING, LLC
2005 MARKET STREET, 14TH FLOOR
PHILADELPHIA, PA 19103


LEHMAN'S PIPE & STEEL
803 ROBERTSON LOOP
POLLOK, TX 75969-2975


LIEBERMAN AND KLESTZICK,
LLP
PO BOX 356
CEDARHURST, NY 11516-0356


LINEBARGER GOGGAN BLAIR
& SAMPSON, LLP
PO BOX 3064
HOUSTON, TX 77253


LONE WOLF
PO BOX 185759
FORT WORTH, TX 76181-0759

LUFKIN FASTENERS INC.
PO BOX 153438
LUFKIN, TX 75915-3438


LUFKIN RUBBER & GASKET
PO BOX 150356
LUFKIN, TX 75915-0356


LYONS LP GAS
3008 N JOHN REDDITT DR
LUFKIN, TX 75904-1636


MACDERMID INC.
PO BOX 660367
DALLAS, TX 75266-0367


MADRIGRANO, AIELLO &
SANTARELLI, LLC
1108 56TH ST
KENOSHA, WI 53140-3669


BOBBY MARSHALL
308 ELLEN TROUT DR
LUFKIN, TX 75904-1356


MATHESON TRI-GAS INC.
PO BOX 123028
DALLAS, TX 75312-3028


MCMASTER-CARR SUPPLY CO
PO BOX 7690
CHICAGO, IL 60680-7690

MET-CHEM
777 E 82ND ST
CLEVELAND, OH 44103-1817


MG CHEMICALS, LTD
BURLINGTON, ONTARIO, CANADA L7L
5R6
1210 CORPORATE DRIVE


MIDAMERICA WASTE
SOLUTIONS
PO BOX 737
CARTHAGE, MO 64836-0737


MULLIGAN FUNDING, LLC
4715 VIEWRIDGE AVE SUITE 100
SAN DIEGO, CA 92123


NEWTEK SMALL BUSINESS
FINANCE
1981 MARCUS AVE SUITE 130
NEW HYDE PARK, NY 11042


ODK CAPITAL, LLC
175 W JACKSON BLVD STE 1000
CHICAGO, IL 60604-2863


ORKIN PEST CONTROL
12649 STATE HIGHWAY 30
COLLEGE STA, TX 77845-7736


PARKER-HANNIFIN
7895 COLLECTION CENTER DR
CHICAGO, IL 60693-0001

PAWNEE LEASING
CORPORATION
3801 AUTOMATION WAY SUITE 207
FORT COLLINS, CO 80525


PENCOM
1300 INDUSTRIAL RD STE 21
SAN CARLOS, CA 94070-4141


PERKIN ELMER
710 BRIDGEPORT AVE
SHELTON, CT 06484-4708


PERKIN ELMER US LLC
PO BOX 7410907
CHICAGO, IL 60674-0907


PLASTIC PROCESS INC.
6835 MONTESSOURI ST.
LAS VEGAS, NV 89113


PPG INDUSTRIES, INC.
PO BOX 121038
DALLAS, TX 75312-1038


PPS TECHNOLOGIES
PO BOX 45
CARMEL, IN 46082-0045


PRECISION FASTENERS INC.
12 WORLDS FAIR DR STE K
SOMERSET, NJ 08873-1348

REDBIRD CHEMICAL
3770 VICTORY CIR
ORANGE, TX 77630-8380


RITTER LUMBER LUFKIN
PO BOX 1265
NEDERLAND, TX 77627-1265


RONNINGEN RESEARCH AND
DEVELOPMENT
6700 E YZ AVE
VICKSBURG, MI 49097-8374


SAM'S CLUB
PO BOX 530981
ATLANTA, GA 30353-0981


SHERWIN WILLIAMS
504 S TIMBERLAND DR
LUFKIN, TX 75901-4068


SHHP PRODUCTS, INC.
PO BOX 156
WHEELING, IL 60090-0156


SHIELDCOAT TECHNOLOGIES,
INC.
308 ELLEN TROUT DR
LUFKIN, TX 75904-1356


SKELTON SLUSHER BARNHILL
WATKINS WELLS, PLLC
1616 S. CHESTNUT
LUFKIN, TX 75901

SPEEDY FUNDING
163 CARRIER ST
LIBERTY, NY 12754-2124


SUMMIT COMPANIES
PO BOX 855227
MINNEAPOLIS, MN 55485-5227


TEKTRONIX
7416 COLLECTION CENTER DR
CHICAGO, IL 60693-0001


TEMPUS LUFKIN, LLC
ATTN: MARK SAVIERS
1 ALLIED DR STE 1715
LITTLE ROCK, AR 72202-2069


TEXAS COMMISSION ON
ENVIRONMENT QUALITY
PO BOX 13089
AUSTIN, TX 78711-3089


TEXAS COMPTROLLER OF
PUBLIC ACCOUNTANTS
PO BOX BOX 12548
AUSTIN, TX 78711


TEXAS COMPTROLLER OF
PUBLIC ACCOUNTS
PO BOX 1493348
AUSTIN, TX 78714


TEXAS DEPARTMENT OF
STATE HEALTH SERVICES
P.O. BOX 149347
AUSTIN, TX 78714-9347

TEXAS DOCUMENT
SOLUTIONS
2800 LONGHORN BLVD STE 101
AUSTIN, TX 78758-7624


TFORCE FREIGHT
PO BOX 650690
DALLAS, TX 75265-0690


THE COMMERCIAL
COLLECTION CORP. OF NY,
INC.
34 SEYMOUR ST
TONAWANDA, NY 14150-2126

THE LANE LAW FIRM
6200 SAVOY DR STE 1150
HOUSTON, TX 77036-3369


THROTTLE FUNDING LLC
4014 CHASE AVE STE 212
MIAMI BEACH, FL 33140-3446


TIMELESS FUNDING LLC
5014 16TH AVE STE 124
BROOKLYN, NY 11204-1482


TODD, HAMAKER & JOHNSON,
LLP
PO BOX 468
LUFKIN, TX 75902-0468


TRITON CAPITAL
1660 HOTEL CIR N STE 215
SAN DIEGO, CA 92108-2802

TRUSS & SON PLUMBIN
PO BOX 151640
LUFKIN, TX 75915-1640


ULINE
PO BOX 88741
CHICAGO, IL 60680-1741


UNIVAR USA INC
62190 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0001


US ECOLOGY LIVONIA, INC.
PO BOX 936227
ATLANTA, GA 31193-6227


VERNIER SALES, INC.
211 SMITH ST
MCKINNEY, TX 75069-3955


VSTATE FILINGS LLC
301 MILL ROAD, SUITE U5
HEWLETT, NY 11557


WASTE MANAGEMENT
INDUSTRIAL
PO BOX 660345
DALLAS, TX 75266-0345


WILLIAMS ANDERSON RYAN
& CARROLL LLP
1717 MAIN STREET SUITE 5350
DALLAS, TX 75201

WILLIAMS ELECTRIC
156 PINE CONE LN
LUFKIN, TX 75901-4363

WRIKE
9171 TOWNE CENTRE DR STE 200
SAN DIEGO, CA 92122-1267