**Fill in this information to identify the case:**

Debtor Name  _____

United States Bankruptcy Court for the: _____ District of _____

Case number:  _____

☐ Check if this is an
   amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month:  _____

Date report filed:  _____
MM / DD / YYYY

Line of business: _____

NAISC code:  _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:

Original signature of responsible party  _____

Printed name of responsible party  _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. Did the business operate during the entire reporting period? | ☐ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☐ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☐ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☐ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☐ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☐ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☐ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☐ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☐ | ☐ |

Debtor Name _____    Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?    ❑  ❑  ❑

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ❑  ❑  ❑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous
month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ _____

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all
cash received even if you have not deposited it at the bank, collections on
receivables, credit card deposits, cash received from other parties, or loans, gifts, or
payments made by other parties on your behalf. Do not attach bank statements in
lieu of *Exhibit C*.

Report the total from *Exhibit C* here.    $ _____

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the
date paid, payee, purpose, and amount. Include all cash payments, debit card
transactions, checks issued even if they have not cleared the bank, outstanding
checks issued before the bankruptcy was filed that were allowed to clear this month,
and payments made by other parties on your behalf. Do not attach bank statements
in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.    − $ _____

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.    + $ _____

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    = $ _____

This amount may not match your bank account balance because you may have outstanding checks that
have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ _____

    *(Exhibit E)*

Debtor Name _____  Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you
have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*.
Identify who owes you money, how much is owed, and when payment is due. Report the total from
*Exhibit F* here.

25. **Total receivables**  $ _____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?  _____

27. What is the number of employees as of the date of this monthly report?  _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____

30. How much have you paid this month in other professional fees?  $ _____

31. How much have you paid in total other professional fees since filing the case?  $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:  $ _____

36. Total projected cash disbursements for the next month:  − $ _____

37. Total projected net cash flow for the next month:  = $ _____

Debtor Name _____      Case number_____

## ■ 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

❑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

❑  39.  Bank reconciliation reports for each account.

❑  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

❑  41.  Budget, projection, or forecast reports.

❑  42.  Project, job costing, or work-in-progress reports.

REGIONS

Regions Bank
Lufkin Main
221 South 2nd St.
Lufkin, TX 75901

SHIELDCOAT TECHNOLOGIES INC
DEBTOR IN POSSESSION
CASE NO 25-90067
308 ELLEN TROUT DR
LUFKIN TX 75904-1356

**ACCOUNT #**               ███3399

|  |  |
|---|---|
|  | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 5 |

## ADVANTAGE BUSINESS CHECKING
August 30, 2025 through September 30, 2025

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $111,319.32 | Minimum Daily Balance | $54,803 |
| Deposits & Credits | $363,198.65 + | Average Monthly Statement Balance | $85,516 |
| Withdrawals | $302,680.04 − | | |
| Fees | $319.95 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $108,865.66 − | | |
| **Ending Balance** | **$62,652.32** | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 09/02 | Deposit - Thank You | 11,466.16 |
| 09/02 | Wire Transfer Commercial Fin | 34,127.13 |
| 09/04 | Wire Transfer Commercial Fin | 67,792.53 |
| 09/09 | Jabil Circuit No Payments 0008shieldcoat 2000222739 | 22,736.32 |
| 09/09 | Wire Transfer Commercial Fin | 30,099.86 |
| 09/10 | Wire Transfer Commercial Fin | 22,217.91 |
| 09/16 | Wire Transfer Commercial Fin | 27,392.67 |
| 09/18 | Jabil Circuit No Payments 0010shieldcoat 2000222898 | 51,832.28 |
| 09/19 | Wire Transfer Commercial Fin | 18,824.33 |
| 09/25 | Wire Transfer Commercial Fin | 58,509.74 |
| 09/29 | Wire Transfer Commercial Fin | 18,199.72 |
| | **Total Deposits & Credits** | **$363,198.65** |

### WITHDRAWALS

| | | |
|---|---|---|
| 09/02 | Recurring Card Transaction Samsclub #6202  5300 Lufkin      TX 75904   3119 | 562.09 |
| 09/02 | Recurring Card Transaction Mapcon Tech     5734 515-331-3358 IA 50321   3127 | 84.70 |
| 09/03 | Card Purchase Amazon Mktpl*63  5942 Amzn.Com/Bill WA 98109   3119 | 222.10 |
| 09/03 | Card Purchase Indeed Usi25-04  7311 800-4625842  TX 78750   3119 | 109.66 |
| 09/03 | Card Purchase IN *Lone Wolf T  8999 512-3272331   TX 76118   3119 | 2,067.46 |
| 09/03 | Card Purchase Allfilters.Com  5072 801-953-0070  UT 84119   3119 | 510.94 |
| 09/03 | Card Purchase Sq *Jb Crawford  1520 877-417-4551  TX 75964   3119 | 7,307.53 |
| 09/03 | Wire Transfer US Ecology/Rep | 3,306.43 |
| 09/03 | Wire Transfer Maverick Logis | 6,095.80 |
| 09/04 | Card Purchase Uline  *Ship Su  5964 800-295-5510  WI 53158   3119 | 589.53 |
| 09/04 | Card Purchase Cannon Water Te  5074 916-315-2691  CA 95765   3119 | 780.88 |
| 09/04 | Recurring Card Transaction Msft * E0500xc5  5045 Msbill.Info  WA 98052   3119 | 81.20 |





Regions Bank
Lufkin Main
221 South 2nd St.
Lufkin, TX 75901

SHIELDCOAT TECHNOLOGIES INC
DEBTOR IN POSSESSION
CASE NO 25-90067
308 ELLEN TROUT DR
LUFKIN TX 75904-1356

**ACCOUNT #**            ████3399

|  |  |
|---|---|
|  | 001 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2 of 5 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 09/04 | Card Purchase Connecteam.Com  5045 9173382283   Ny 10011   3119 | 106.05 |
| 09/04 | Card Purchase Coburn Supply C  5072 Lufkin       TX 75904   3119 | 39.47 |
| 09/04 | Card Purchase #48 Solar Suppl  5074 Lufkin       TX 75904   3119 | 62.66 |
| 09/04 | Lone Wolf Techno Sale Bobby Marshall | 7,395.36 |
| 09/04 | Intuit Payroll S Quickbooks Shieldcoat Tec 200808496 | 19,639.53 |
| 09/04 | Wire Transfer Shieldcoat Tec | 1,000.00 |
| 09/04 | Wire Transfer Tempus Lufkin | 53,377.88 |
| 09/05 | Card Purchase Amazon.Com*yz7y  5942 Amzn.Com/Bill WA 98109   3119 | 95.14 |
| 09/05 | Card Purchase Sherwin-William  5231 Nacogdoches  TX 75965   3127 | 29.10 |
| 09/05 | Card Purchase Smartdraw Softw  5045 858-2253300  TX 77380   3119 | 140.07 |
| 09/05 | Card Purchase Connecteam.Com  5045 9173382283   Ny 10011   3119 | 30.18 |
| 09/05 | The Lane Law Fir Corp Coll Shieldcoat | 2,500.00 |
| 09/05 | Wire Transfer Acculabs | 18,133.70 |
| 09/08 | Card Purchase Office Depot #2  5943 Lufkin       TX 75901   3119 | 28.12 |
| 09/08 | Card Purchase Lowes #00082*   5200 Lufkin        TX 75901   3119 | 177.47 |
| 09/08 | Card Purchase McMaster-Carr   5085 630-834-9600 IL 60126   3119 | 478.68 |
| 09/08 | Card Purchase Ionos Inc.       4816 877-4612631  PA 19087   3119 | 151.20 |
| 09/09 | Card Purchase Dkc*digi Key CO  5065 800-344-4539 MN 56701   3119 | 875.79 |
| 09/09 | IRS            USATAXPYMT Shieldcoat Tec 270565202516976 | 1,302.72 |
| 09/09 | IRS            USATAXPYMT Shieldcoat Tec 270565270586602 | 6,185.32 |
| 09/09 | Wire Transfer MacDermid | 11,769.85 |
| 09/10 | Card Purchase Brenntag Southw  5169 214-557-7065 TX 75604   3119 | 2,316.25 |
| 09/10 | Recurring Card Transaction Adobe Inc       5818 800-8336687  CA 95110   3119 | 51.94 |
| 09/10 | American Funds  Investment Shieldcoat Tec Brk68548 250908 | 50.00 |
| 09/10 | American Funds  Investment Shieldcoat Tec Brk68548 250908 | 173.20 |
| 09/10 | American Funds  Investment Shieldcoat Tec Brk68548 250908 | 211.69 |
| 09/11 | Intuit Payroll S Quickbooks Shieldcoat Tec 200808496 | 18,982.32 |
| 09/12 | Card Purchase Amazon Mktpl*o4  5942 Amzn.Com/Bill WA 98109   3119 | 706.40 |
| 09/12 | Card Purchase McMaster-Carr   5085 630-834-9600 IL 60126   3119 | 132.44 |
| 09/12 | Card Purchase Amazon Mktpl*ih  5942 Amzn.Com/Bill WA 98109   3119 | 94.98 |
| 09/12 | Card Purchase Amazon Mktpl*ju  5942 Amzn.Com/Bill WA 98109   3119 | 23.77 |
| 09/12 | Card Purchase O Reilly 2284   5533 Lufkin        TX 75901   3119 | 324.71 |
| 09/12 | Card Purchase Pumps and Contr  5085 817-472-7337 TX 76001   3119 | 5,826.91 |
| 09/12 | Card Purchase United States A  5072 612-9874338  MN 55438   3119 | 942.28 |
| 09/12 | IRS            USATAXPYMT Shieldcoat Tec 270565524977357 | 5,974.74 |
| 09/15 | Card Purchase Ellsworth Adhes  5169 Germantown   WI 53022   3119 | 91.25 |
| 09/15 | Card Purchase Lowes #00082*   5200 Lufkin        TX 75901   3119 | 213.14 |
| 09/15 | Card Purchase Uline *Ship Su  5964 800-295-5510 WI 53158   3119 | 834.34 |
| 09/15 | American Funds  Investment Shieldcoat Tec Brk68548 250911 | 167.10 |
| 09/16 | Card Purchase Samsclub.Com    5300 888-746-7726 AR 72712   3119 | 318.42 |
| 09/16 | Card Purchase Ionos Inc.       4816 877-4612631  PA 19087   3119 | 77.42 |
| 09/16 | PIN Purchase Ebay Commerce    5311 San Jose            3119 | 206.93 |
| 09/17 | Card Purchase Deep South Equi  5046 Shreveport   LA 71119   3119 | 455.62 |
| 09/17 | Card Purchase Amazon.Com*g22s  5942 Amzn.Com/Bill WA 98109   3119 | 757.74 |
| 09/17 | Card Purchase Amazon.Com*c853  5942 Amzn.Com/Bill WA 98109   3119 | 757.74 |
| 09/17 | Card Purchase The Lab Depot I  5085 706-265-2320 GA 30534   3119 | 220.59 |
| 09/17 | Card Purchase Grainger        5085 800-4724643  IL 60045   3119 | 470.81 |
| 09/17 | Wire Transfer Hunter Chemica | 2,936.53 |
| 09/18 | Card Purchase Amazon Mktpl*45  5942 Amzn.Com/Bill WA 98109   3119 | 60.54 |
| 09/18 | Card Purchase Ph Chomerics    5085 781-9394751  MA 01801   3119 | 1,500.00 |
| 09/18 | Card Purchase Texas Medclinic  8099 154-12283865 or 97208   3119 | 225.00 |
| 09/18 | Intuit Payroll S Quickbooks Shieldcoat Tec 200808496 | 17,977.41 |
| 09/18 | Wire Transfer MacDermid | 14,125.28 |
| 09/19 | Card Purchase Trew Industrial  5013 615-3609100  TN 37217   3119 | 983.53 |



Regions Bank
Lufkin Main
221 South 2nd St.
Lufkin, TX 75901

SHIELDCOAT TECHNOLOGIES INC
DEBTOR IN POSSESSION
CASE NO 25-90067
308 ELLEN TROUT DR
LUFKIN TX 75904-1356

**ACCOUNT #**   ▌▌▌▌**3399**

|  | 001 |
|---|---|
| Cycle | 26 |
| Enclosures | 0 |
| Page | 3 of 5 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 09/19 | Card Purchase Sq *Jb Crawford 1520 877-417-4551 TX 75964 3119 | 5,289.70 |
| 09/19 | IRS        USATAXPYMT Shieldcoat Tec 270566233472693 | 5,605.20 |
| 09/22 | Recurring Card Transaction Ringcentral Inc 4814 888-898-4591 CA 94002 3119 | 196.88 |
| 09/22 | Card Purchase Sp All About Ta 5999 188-85284205 ID 83605 3119 | 390.94 |
| 09/22 | Recurring Card Transaction Autodesk Ady 5817 855-3019562 CA 94105 3119 | 281.45 |
| 09/22 | Card Purchase Ionos Inc.    4816 877-4612631 PA 19087 3119 | 13.30 |
| 09/22 | American Funds Investment Shieldcoat Tec Brk68548 250917 | 173.46 |
| 09/22 | The Lane Law Fir Corp Coll Shieldcoat | 2,500.00 |
| 09/23 | Card Purchase McCoys #36    5251 Lufkin    TX 75904 3119 | 146.33 |
| 09/23 | Card Purchase Century A/C Sup 5085 281-530-2859 TX 77099 3119 | 141.41 |
| 09/23 | Card Purchase Harbor Freight 5999 Lufkin    TX 75904 3119 | 54.06 |
| 09/23 | Card Purchase Lowes #00082* 5200 Lufkin    TX 75901 3119 | 586.07 |
| 09/23 | Card Purchase Ionos Inc.    4816 877-4612631 PA 19087 3119 | 75.60 |
| 09/23 | PIN Purchase Ebay Commerce 5311 San Jose    3119 | 199.39 |
| 09/24 | Card Purchase Elliott Electri 5251 9365697941 TX 75964 3119 | 724.90 |
| 09/24 | Card Purchase Ups*000000179ew 4215 800-811-1648 GA 30328 3119 | 1,071.67 |
| 09/24 | Wire Transfer MacDermid | 27,311.97 |
| 09/25 | Card Purchase Amazon Mktpl*nj 5942 Amzn.Com/Bill WA 98109 3119 | 20.16 |
| 09/25 | Card Purchase Allfilters.Com 5072 801-953-0070 UT 84119 3119 | 663.70 |
| 09/25 | Card Purchase Uline *Ship Su 5964 800-295-5510 WI 53158 3119 | 3,331.24 |
| 09/25 | Sba Eidl Loan  Payment Bobby Marshall 0000 | 2,541.00 |
| 09/25 | Intuit Payroll S Quickbooks Shieldcoat Tec 200808496 | 18,398.44 |
| 09/26 | Card Purchase Samsclub #6202 5300 Lufkin    TX 75901 3119 | 54.16 |
| 09/26 | Card Purchase Mfg Edge Pumpca 5085 800-8101053 NJ 07727 3119 | 5,932.02 |
| 09/29 | Card Purchase Dickson    5085 630-563-4213 IL 60101 3119 | 640.86 |
| 09/29 | Card Purchase Water TreATMent 5074 954-772-2129 FL 33172 3119 | 1,008.66 |
| 09/29 | Card Purchase Wm Supercenter 5411 Lufkin    TX 75904 3119 | 1,056.99 |
| 09/30 | Card Purchase Office Depot #2 5943 Lufkin    TX 75901 3119 | 166.02 |
| 09/30 | Card Purchase Boot Barn #152 5661 936-6323700 TX 75901 3119 | 576.92 |
| 09/30 | Card Purchase Usabluebook    5085 847-3775150 GA 30339 3119 | 99.91 |

| | Total Withdrawals | $302,680.04 |
|---|---|---|

## FEES

| Date | Description | Amount |
|---|---|---|
| 09/02 | Wire Transfer Incoming Fee | 15.00 |
| 09/04 | Wire Transfer Incoming Fee | 15.00 |
| 09/09 | Analysis Charge        08-25 | 185.00 |
| 09/09 | Wire Transfer Incoming Fee | 15.00 |
| 09/10 | Wire Transfer Incoming Fee | 15.00 |
| 09/16 | Wire Transfer Incoming Fee | 15.00 |
| 09/19 | Wire Transfer Incoming Fee | 15.00 |
| 09/25 | Wire Transfer Incoming Fee | 15.00 |
| 09/29 | Wire Transfer Incoming Fee | 15.00 |
| 09/30 | Quickbooks Monthly Fee | 14.95 |

| | Total Fees | $319.95 |
|---|---|---|

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 09/15 | 1734 | 44.95 | 09/03 | 1755 | 3,420.47 |
| 09/03 | 1753 * | 3,420.47 | 09/10 | 1757 * | 600.00 |
| 09/05 | 1754 | 13,978.38 | 09/22 | 1758 | 2,093.08 |

**REGIONS**

Regions Bank
Lufkin Main
221 South 2nd St.
Lufkin, TX 75901

SHIELDCOAT TECHNOLOGIES INC
DEBTOR IN POSSESSION
CASE NO 25-90067
308 ELLEN TROUT DR
LUFKIN TX 75904-1356

**ACCOUNT #**            ▮▮▮3399

| | 001 |
|---|---|
| Cycle | 26 |
| Enclosures | 0 |
| Page | 4 of 5 |

## CHECKS (CONTINUED)

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 09/05 | 1760 * | 364.30 | 09/26 | 1795 | 496.91 |
| 09/05 | 1761 | 31.00 | 09/26 | 1796 | 62.57 |
| 09/05 | 1762 | 1,692.99 | 09/25 | 1797 | 659.45 |
| 09/05 | 1763 | 930.57 | 09/25 | 1798 | 1,258.70 |
| 09/02 | 1769 * | 1,092.70 | 09/12 | 1799 | 2,980.08 |
| 09/04 | 1773 * | 5.50 | 09/12 | 1800 | 219.05 |
| 09/02 | 1777 * | 73.85 | 09/24 | 1801 | 439.32 |
| 09/03 | 1781 * | 2,030.00 | 09/29 | 1802 | 1,188.23 |
| 09/15 | 1782 | 73.85 | 09/26 | 1803 | 465.00 |
| 09/08 | 1783 | 5,998.00 | 09/15 | 1804 | 5,903.22 |
| 09/05 | 1784 | 600.00 | 09/16 | 1805 | 5,998.00 |
| 09/10 | 1785 | 7,698.00 | 09/24 | 1806 | 73.85 |
| 09/12 | 1786 | 1,750.00 | 09/22 | 1808 * | 5,998.00 |
| 09/16 | 1787 | 5,430.00 | 09/19 | 1810 * | 600.00 |
| 09/30 | 1788 | 110.74 | 09/29 | 1811 | 73.85 |
| 09/30 | 1789 | 2,071.38 | 09/26 | 1812 | 600.00 |
| 09/26 | 1790 | 7.58 | 09/26 | 1813 | 760.00 |
| 09/26 | 1791 | 13,256.71 | 09/30 | 1814 | 58.87 |
| 09/26 | 1792 | 6,125.94 | 09/25 | 1816 * | 803.19 |
| 09/26 | 1793 | 14.06 | 09/12 | 1817 | 1,000.00 |
| 09/26 | 1794 | 314.85 | 09/30 | 1818 | 5,998.00 |
| | | | | Total Checks | $108,865.66 |

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/02 | 155,084.27 | 09/11 | 90,555.99 | 09/22 | 85,628.49 |
| 09/03 | 126,593.41 | 09/12 | 70,580.63 | 09/23 | 84,425.63 |
| 09/04 | 111,292.88 | 09/15 | 63,252.78 | 09/24 | 54,803.92 |
| 09/05 | 72,767.45 | 09/16 | 78,599.68 | 09/25 | 85,622.78 |
| 09/08 | 65,933.98 | 09/17 | 73,000.65 | 09/26 | 57,532.98 |
| 09/09 | 98,436.48 | 09/18 | 90,944.70 | 09/29 | 71,749.11 |
| 09/10 | 109,538.31 | 09/19 | 97,275.60 | 09/30 | 62,652.32 |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

## Easy Steps to Balance Your Account

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $<br>+ |
| 3. | Total lines 1 & 2 | $<br>= |
| 4. | Enter total from 4a<br>(column on right side of page) | $<br>- |
| 5. | Subtract line 4 from line 3.<br>This should be your checkbook balance. | $<br>= |

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for  further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
    (1) Tell us your name and account number.
    (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is  an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.

1:40 PM
10/20/25

Case 25-90067   Doc 111   Filed 10/23/25   Entered 10/23/25 06:52:04   Desc Main
Document   Page 11 of 13

Cybershield of Texas
A/P Aging Summary
As of September 30, 2025

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| (EPSI) Associated Rack Corp. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Accu-Labs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| AFLAC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| American Filter Service | 0.00 | 1,355.00 | 0.00 | 0.00 | 0.00 | 1,355.00 |
| American Funds | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Analytical Environmental Laboratory LLC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Andwin Scientific | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Aquatic Services | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ARBURG INC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Asterion, llc | 0.00 | 0.00 | 0.00 | 2,942.13 | 0.00 | 2,942.13 |
| Bank Direct Capital Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Basham Construction | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Bobby Marshall | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Capital 1 3620415285 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Caplugs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Carter Jones | 0.00 | 3,415.00 | 0.00 | 0.00 | 0.00 | 3,415.00 |
| Centerpoint Energy-088 | 64.39 | 0.00 | 41.87 | 0.00 | 0.00 | 106.26 |
| Centerpoint Energy-424-9 | 668.89 | 0.00 | 0.00 | 0.00 | 0.00 | 668.89 |
| Cincinnati Specialty UW Company | 0.00 | 524.51 | -574.51 | 0.00 | 0.00 | -50.00 |
| City of Lufkin-Pretreatment 485/485 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| City of Lufkin Water  Warehouse 36652 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| City of Lufkin Water RECD 4658 | 0.00 | 0.00 | 0.00 | 0.00 | -223.68 | -223.68 |
| Coburn's Wholesale | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Colonial Supplemental Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Consigned | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Consolidated Communications  936-633-6387 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Consolidated Communications 936-639-9622 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Constellation  4014 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Constellation  4015 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Constellation  4016 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Constellation  4017 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Constellation  4018 | 0.00 | 0.00 | 0.00 | 0.00 | 0.18 | 0.18 |
| Constellation 12750103 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Corner Stone Rack & Tooling | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Dakota Maverick | 0.00 | -2,429.00 | 0.00 | 0.00 | 0.00 | -2,429.00 |
| Davisat | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Dewayne Reese | 0.00 | 0.00 | 0.00 | 0.00 | 197.83 | 197.83 |
| Dickson | 0.00 | -13.31 | 0.00 | 0.00 | 0.00 | -13.31 |
| Direct TV | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Discount Overhead Door, Inc. | 0.00 | 0.00 | 0.00 | 2,948.63 | 0.00 | 2,948.63 |
| Dun & Bradstreet Business Owner Services | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Elliott Electric Supply | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Enegie 0000362941 | 0.00 | 7.58 | 0.00 | 0.00 | 0.00 | 7.58 |
| Entech Resins | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Evoqua Water Technologies LLC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Fastenal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Fed Ex  1215-9779-9 | 0.00 | 160.36 | 0.00 | 0.00 | 0.00 | 160.36 |
| Fed Ex Freight | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Federal Processing Registry | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ferrara's Heating & A/C Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Fisher Scientific Co | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GME Inc | 0.00 | 0.00 | 0.00 | -7.11 | 7.11 | 0.00 |
| Hach. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Hawkins Chemistry.Equipment.Serviccec | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Heniff | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Henkel (Acheson) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Hi Line | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Home Depot | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Industrial Netting (Formally Internet) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| IONOS Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| July Business Services | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Laird Technologies-Cleveland | 0.00 | 2,454.18 | 0.00 | 2,259.48 | 0.00 | 4,713.66 |
| LBA Group | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LEHMAN'S | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Lone Wolf | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Lufkin / Angelina Chamber of Commerce | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Lufkin Fasteners, Inc | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Lufkin Rubber & Gasket | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MacDermid | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

1:40 PM
10/20/25

Case 25-90067    Doc 111    Filed 10/23/25    Entered 10/23/25 06:52:04    Desc Main
Document    Page 12 of 13

Cybershield of Texas
A/P Aging Summary
As of September 30, 2025

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Matheson Tri-Gas Inc | 0.00 | 599.96 | 0.00 | 0.00 | 0.00 | 599.96 |
| McMaster Carr Supply | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| McWilliams & Son | 0.00 | 0.00 | 0.00 | 0.00 | 4,039.87 | 4,039.87 |
| Met-Chem | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MG Chemicals, Ltd. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MidAmerica Waste Solutions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Orkin Pest Control | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Palm Technology | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PARKER-HANNIFIN CORP | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Pencom | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Perkin Elmer | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PerkinElmer U.S. LLC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Pineywoods Waterworks | 0.00 | 0.00 | 32.00 | 0.00 | 0.00 | 32.00 |
| Plastic Process Equipment Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PPG Industries, Inc. | 0.00 | 532.90 | 0.00 | 0.00 | 0.00 | 532.90 |
| PPS Technologies | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Precision Fasteners | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Process Technology Inc | 0.00 | 0.00 | 0.00 | 0.00 | 106.54 | 106.54 |
| QuickBooks Payroll Service | 0.00 | 0.00 | 0.00 | 0.00 | 1,100.00 | 1,100.00 |
| R.P. Abrasives | 0.00 | 0.00 | 0.00 | 0.00 | 292.00 | 292.00 |
| Redbird Chemical | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ritter Lumber | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Robert Hackney | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ronningen | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sam's Club | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Seleco Inc | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sherwin Williams - Lufkin | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SHPP  US LLC - Sabic | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Stanley Walton | 0.00 | 17.28 | 0.00 | 0.00 | 0.00 | 17.28 |
| Starlink | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Steelman Industries, Inc | 0.00 | 170.12 | 0.00 | 0.00 | 0.00 | 170.12 |
| Summit Fire Companies/Southern Supply | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Team Vantage | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Tektronix (Davis Inotek) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Tempus Lufkin, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 6,038.42 | 6,038.42 |
| Texas Commission on Environmental Quality | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Texas Department of State Health Services | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Texas Document Solutions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Texas Mutual Insurance Company | 0.00 | 439.32 | 0.00 | 0.00 | 0.00 | 439.32 |
| TForce Freight | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Tiger Ridge Manufacturing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TM Deer Park Services (VLS Environmental) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Todd, Hamaker & Johnson, LLP | 7,990.00 | 6,740.00 | 0.00 | 0.00 | 0.00 | 14,730.00 |
| Truss & Son Plumbing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| U.S. Air Compressor | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| UL LLC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Uline | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Underwater Kinetics | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Univar USA Inc | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| US Ecology | 0.00 | 0.00 | 0.00 | 0.00 | 2,248.86 | 2,248.86 |
| USA Blue Book | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Vector Security | 0.00 | 219.39 | 0.00 | 0.00 | 0.00 | 219.39 |
| Vernier Sales, Inc | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Waste Management Industrial | 0.00 | 0.00 | 0.00 | 5,690.02 | 0.00 | 5,690.02 |
| Waste Management Services | 0.00 | 6,155.02 | 0.00 | 0.00 | 0.00 | 6,155.02 |
| Wendy Guererro | 0.00 | 101.20 | 0.00 | 0.00 | 0.00 | 101.20 |
| Williams Electric | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Wrike | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL | 8,723.28 | 20,449.51 | -500.64 | 13,833.15 | 13,807.13 | 56,312.43 |

Case 25-90067    Doc 111    Filed 11/23/25    Entered 10/23/25 06:52:04    Desc Main

**Cybershield of Texas**
**A/R Aging Summary**
As of September 30, 2025

Document    Page 13 of 13

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| **A & A Machine Company** | 0.00 | 0.00 | 0.00 | 0.00 | -2,645.37 | -2,645.37 |
| **Alpine Advance Materials** | 0.00 | 0.00 | 0.00 | 0.00 | 2,000.00 | 2,000.00 |
| **Amazon.** | 0.00 | 0.00 | 0.00 | 0.00 | 3,000.00 | 3,000.00 |
| **Ametek** | 0.00 | 0.00 | 1,225.75 | 0.00 | 0.00 | 1,225.75 |
| **Amphenol Alden Products** | 0.00 | 0.00 | 0.00 | 0.00 | 2,047.68 | 2,047.68 |
| **Astronics CSC** | 0.00 | 2,241.56 | 0.00 | 0.00 | -10.95 | 2,230.61 |
| **B/E Aerospace - Everett, WA** | 0.00 | 15,195.20 | 0.00 | 0.00 | -3,574.35 | 11,620.85 |
| **BE Aerospace - Winston-Salem, NC** | 0.00 | 0.00 | 0.00 | -5,157.27 | 0.00 | -5,157.27 |
| **Beverly Hills Motor Cars** | 0.00 | 0.00 | 0.00 | 0.00 | 1,227.08 | 1,227.08 |
| **Eotech** | 0.00 | 0.00 | 0.00 | 0.00 | -2,891.52 | -2,891.52 |
| **Evco Plastics** | 0.00 | 4,628.49 | 1,744.91 | 0.00 | 0.00 | 6,373.40 |
| **Evolve Additive Solutions** | 0.00 | 0.00 | 0.00 | 0.00 | 952.16 | 952.16 |
| **Garrett Electronics** | 0.00 | 0.00 | 0.00 | 0.00 | 2,467.20 | 2,467.20 |
| **Helical** | 0.00 | 0.00 | 0.00 | 0.00 | -1,599.60 | -1,599.60 |
| **JABIL** | 0.00 | 0.00 | 0.00 | 0.00 | -1,514.43 | -1,514.43 |
| **Jabil - Auburn Hills** | 0.00 | 0.00 | -872.16 | 0.00 | 0.00 | -872.16 |
| **L3Harris (Telemetry & RF Products)** | 14,286.24 | 1,500.00 | 0.00 | 0.00 | 0.00 | 15,786.24 |
| **Lancer Corporation** | 0.00 | 0.00 | 0.00 | 0.00 | 1,166.07 | 1,166.07 |
| **Liebel-Flarsheim (Guerbet)** | 0.00 | 0.00 | 0.00 | 0.00 | -176.12 | -176.12 |
| **Mallinckrodt  (Ikaria)** | 0.00 | 3,749.77 | 0.00 | 3,790.17 | -3,045.36 | 4,494.58 |
| **Mencom Corporation** | 0.00 | 0.00 | 0.00 | 0.00 | 1,276.24 | 1,276.24 |
| **Opex Corporation** | 0.00 | 0.00 | 0.00 | 0.00 | 4,544.75 | 4,544.75 |
| **Optics 1 (Safran)** | 0.00 | 1,818.00 | -6,454.55 | 0.00 | 0.00 | -4,636.55 |
| **Panduit Corporation** | 0.00 | 0.00 | 0.00 | 0.00 | 26,885.00 | 26,885.00 |
| **PTA Corporation** | 0.00 | 0.00 | 0.00 | 0.00 | 5,574.58 | 5,574.58 |
| **Quest Polymers** | 0.00 | 7,321.48 | 2,054.35 | 0.00 | -1,716.33 | 7,659.50 |
| **Rocket EMS** | 0.00 | 2,108.17 | 0.00 | 1,089.81 | 0.00 | 3,197.98 |
| **Russtech Engineering** | 1,789.44 | 24,917.36 | 25,145.67 | 0.00 | 17,884.91 | 69,737.38 |
| **Sabic** | 0.00 | 0.00 | 0.00 | 0.00 | 6,500.00 | 6,500.00 |
| **SeeScan** | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 | 1,000.00 |
| **SpaceX** | 0.00 | 0.00 | -772.68 | 0.00 | -1,987.89 | -2,760.57 |
| **Spectrum Plastics Group (Midwest)** | 0.00 | 13,554.20 | 7,272.79 | 0.00 | 0.00 | 20,826.99 |
| **Superior Mold Company** | 0.00 | 0.00 | 0.00 | 0.00 | -426.00 | -426.00 |
| **TE Connectivity Company** | 0.00 | 0.00 | 0.00 | 0.00 | -578.35 | -578.35 |
| **Teledyne Advanced Electronic Solutions** | 0.00 | 12,306.03 | 4,314.02 | 0.00 | -0.01 | 16,620.04 |
| **The Boeing Company** | 0.00 | 0.00 | 0.00 | 0.00 | -2,000.00 | -2,000.00 |
| **Ultra Maritime** | 0.00 | 107,312.32 | 13,361.03 | 35,576.74 | 27,719.25 | 183,969.34 |
| **Viavi Solutions LLC (Aeroflex)** | 0.00 | 0.00 | 13,647.25 | 3,465.46 | 0.00 | 17,112.71 |
| **TOTAL** | 16,075.68 | 196,652.58 | 60,666.38 | 38,764.91 | 82,078.64 | 394,238.19 |